15-CV-167-GKF-TLW

**FILED**
MAY 21 2015
Phil Lombardi, Clerk
U.S. DISTRICT COURT

Jerry Leon Mason #124786
Oklahoma State Reformatory
PO BOX 514
GRANITE, OK  73547

I am petition for Relief from my conviction of my sentence my case was dismiss without prejudice and defendant never receaved a copy of the dismissal without prejudice oder from the courts

☑ Mail    ___ No Cert Svc    ___ No Orig Sign
___ C/J    ___ C/MJ    ___ C/Ret'd    ___ No Env
___ No Cpys    ☑ No Env/Cpys    ___ O/J    ___ O/MJ

Jerry Mason
5-20-15

concurrently, with the last seven years of the sentence to be suspended.

3. A Motion to Withdraw Plea was filed May 20, 2014, and denied on June 12, 2014.

4. The written Notice of Intent to Appeal and Designation of Record were filed in the district court on June 25, 2014, and in this Court on July 3, 2014. These documents were due to be filed no later than June 23, 2014, due to the weekend.

5. The Oklahoma Indigent Defense System was appointed to represent Mr. Mason in his appeal on June 30, 2014.

Because the Notice of Intent to Appeal and Designation of Record were not timely filed in the district court, this Court is requested to dismiss the appeal in this case, without prejudice to any legal issues that may be raised should an appeal out of time be sought and granted.

Respectfully Submitted,

Cindy Danner
OBA # 12583
Chief, General Appeals Division
Oklahoma Indigent Defense System
PO Box 926
Norman, OK 73070-0926
(405)801-2727

**CERTIFICATE OF SERVICE**

      I certify that on July 29 2014, a true and correct copy of the foregoing instrument was delivered to the Clerk of this Court with instructions to deliver said copy to the Office of the Attorney General of the State of Oklahoma. I further certify that true and correct copies of this motion were caused to be served upon Appellant, the District Court and Trial Counsel, as listed below, via United States Postal Service, postage prepaid, on the date of filing or following business day.

The Honorable Tom Gillert
Tulsa County Courthouse
500 South Denver Avenue
Tulsa OK 74103

Matthew Day, Attorney at Law
525 S. Main Street, Suite 312
Tulsa OK 74103

Jerry Leon Mason, #124786
Oklahoma State Reformatory
PO Box 514
Granite OK 73547

Sally Howe Smith
Court Clerk
Tulsa County Courthouse
500 South Denver Avenue
Tulsa OK 74103

Jana Harrington, CSR
Tulsa County Courthouse
500 South Denver Avenue
Tulsa OK

_____
CINDY DANNER

## CERTIFICATE OF MAILING

I certify that on the date of filing, a certified copy of the above and foregoing Order was placed in the United States Mail with sufficient postage affixed thereto, addressed to:

Jerry L. Mason, #124786
Oklahoma State Reformatory
P.O. Box 514
Granite, OK 73547

Isaiah Parsons, Esq.
Matthew Day, Esq.
525 South Main Street, Suite 312
Tulsa, OK 74103
*Counsel for Petitioner*

SALLY HOWE-SMITH
TULSA COUNTY COURT CLERK

BY: _____
DEPUTY COURT CLERK

I, Sally Howe Smith, Court Clerk, for Tulsa County, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears on record in the Court Clerk's Office of Tulsa County, Oklahoma this OCT 31 2014

By_____
Deputy