# United States District Court Northern District of Oklahoma

4:15-cv-00167-GKF-TLW

Docket Entry #2

**RECEIVED**
MAY 21 2015
Phil Lombardi, Clerk
U.S. DISTRICT COURT

Jerry Leon Mason #124786
Oklahoma State Reformatory
PO BOX 514
GRANITE, OK 73547

.VS.

Tom Gillert, Tulsa County et; Matthew day Sally Howe Smith Jana Harrington

Attorneys: Register now to receive notice by email of filings in your case.
Please visit the CM/ECF section on our website at http://www.oknd.uscourts.gov
to sign up. You may also call the CM/ECF Help Desk at 918-699-4844
or call 866-213-1957 toll free.

CM/ECF sends notices to terminated parties or attorneys by default.
If you have been officially terminated from this case and do not wish
to receive any further notices in the case, please e-mail us at
CM-ECFIntake_OKND@oknd.uscourts.gov and provide us with:
  your name
  case number(s)
  party(s) you represented

Requesting update on my case or to be let none if my appeal is still pending in this court if not this is no notice of appeal to go to the next court

✓ Mail  __ No Cert Svc  __ No Orig Sign
__ C/J  __ C/MJ  __ C/Ret'd  __ No Env
__ No Cpys  ✓ No Env/Cpys  __ O/J  __ O/MJ

15-CV-167-KF-TW

Jerry Leon Mason
D-2-18 #124186
Oklahoma State Reformatory
P.O. Box 514
Granite, Oklahoma 73547

Post Marked 5-19-15/jm

RECEIVED
MAY 21 2015
Phil Lombardi, Clerk
U.S. DISTRICT COURT

LEGAL MAIL

Clerk of Court
United States District Court
333 West Fourth Street Room 411
Tulsa, Oklahoma 74103