Case Information - OSCN



The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

STATE OF OKLAHOMA,
    Plaintiff,
v.
JERRY LEON MASON,
A/K/A GEORGE FRAZIER,
A/K/A GEORGE MASON,
A/K/A GEORGE WASHINGTON,
    Defendant.

No. CF-2012-4414
(Criminal Felony)

Filed: 10/03/2012
Closed: 05/13/2014

Judge: CF B Docket

# PARTIES

MASON, JERRY LEON, Defendant
STATE OF OKLAHOMA, Plaintiff
Tulsa Police Department, ARRESTING AGENCY

# ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| TULSA COUNTY PUBLIC DEFENDER | |

# EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Friday, November 2, 2012 at 9:00 AM PRELIMINARY HEARING ISSUE (PUBLIC DEFENDER) | MASON, JERRY LEON | Preliminary Hearing Docket | |
| Friday, December 14, 2012 at 9:00 AM PRELIMINARY HEARING ISSUE (PUBLIC DEFENDER) | MASON, JERRY LEON | Preliminary Hearing Docket | |

EXHIBIT 2

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Friday, December 21, 2012 at 9:00 AM<br>    PRELIMINARY HEARING ISSUE (PUBLIC DEFENDER) | MASON, JERRY LEON | Preliminary Hearing Docket | |
| Friday, January 11, 2013 at 9:00 AM<br>    PRELIMINARY HEARING ISSUE (PUBLIC DEFENDER) | MASON, JERRY LEON | Preliminary Hearing Docket | |
| Friday, February 1, 2013 at 9:00 AM<br>    PRELIMINARY HEARING ISSUE (PUBLIC DEFENDER) | MASON, JERRY LEON | Preliminary Hearing Docket | |
| Monday, February 11, 2013 at 13:30 PM<br>    DISTRICT COURT ARRAIGNMENT | MASON, JERRY LEON | CF B Docket | |
| Tuesday, March 26, 2013 at 9:30 AM<br>    HEARING ON THE TRANSCRIPT | MASON, JERRY LEON | CF B Docket | |
| Thursday, March 28, 2013 at 9:30 AM<br>    HEARING ON THE TRANSCRIPT | MASON, JERRY LEON | CF B Docket | |
| Monday, June 10, 2013 at 13:30 PM<br>    ALLEN (DISCOVERY) HEARING/ STATUS CONFERENCE | MASON, JERRY LEON | CF B Docket | |
| Monday, July 29, 2013 at 13:30 PM<br>    ALLEN (DISCOVERY) HEARING | MASON, JERRY LEON | CF B Docket | |
| Friday, August 9, 2013 at 9:30 AM<br>    ALLEN (DISCOVERY) HEARING | MASON, JERRY LEON | CF B Docket | |
| Monday, August 19, 2013 at 9:30 AM<br>    JURY TRIAL (NO ISSUE) | MASON, JERRY LEON | CF B Docket | |
| Monday, September 23, 2013 at 9:30 AM<br>    JURY TRIAL (NO ISSUE) | MASON, JERRY LEON | CF B Docket | |
| Monday, October 28, 2013 at 13:30 PM<br>    ALLEN (DISCOVERY) HEARING/ JURY NO ISSUE | MASON, JERRY LEON | CF B Docket | |
| Monday, November 25, 2013 at 13:30 PM<br>    ALLEN (DISCOVERY) HEARING/ JURY NO ISSUE- B.R. | MASON, JERRY LEON | CF B Docket | |
| Tuesday, November 26, 2013 at 9:30 AM<br>    ALLEN (DISCOVERY) HEARING/NO ISSUE JURY | MASON, JERRY LEON | CF B Docket | |
| Monday, December 9, 2013 at 13:30 PM<br>    ALLEN (DISCOVERY) HEARING- B.R. | MASON, JERRY LEON | CF B Docket | |
| Monday, February 10, 2014 at 9:30 AM<br>    JURY TRIAL (ISSUE)- B.R. | MASON, JERRY LEON | CF B Docket | |
| Friday, May 2, 2014 at 9:30 AM<br>    STATUS CONFERENCE | MASON, JERRY LEON | CF B Docket | |

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Monday, May 12, 2014 at 9:30 AM JURY TRIAL (ISSUE) B.R. | MASON, JERRY LEON | CF B Docket | |
| Tuesday, May 13, 2014 at 9:00 AM JURY TRIAL (ISSUE) | MASON, JERRY LEON | CF B Docket | |
| Thursday, June 12, 2014 at 9:30 AM MOTION HEARING | MASON, JERRY LEON | CF B Docket | |

# COUNTS

Parties appear only under the counts with which they were charged. For complete sentence information, see the court minute on the docket.

**Count # 1.**  Count as Filed: RAPE, RAPE - 1ST DEGREE - FORCE AND FEAR, in violation of 21 O.S. 1115
Date of Offense: 09/24/2012

| Party Name | Disposition Information |
|---|---|
| MASON, JERRY LEON | **Disposed: CONVICTION, 05/13/2014. Nolo Contendere Plea** Count as Disposed: RAPE - 1ST DEGREE - FORCE AND FEAR(RAPE) Violation of 21 O.S. 1115 |

**Count # 2.**  Count as Filed: BRG1, BURGLARY - FIRST DEGREE, in violation of 21 O.S. 1431
Date of Offense: 09/24/2012

| Party Name | Disposition Information |
|---|---|
| MASON, JERRY LEON | **Disposed: CONVICTION, 05/13/2014. Nolo Contendere Plea** Count as Disposed: BURGLARY - FIRST DEGREE(BRG1) Violation of 21 O.S. 1431 |

**Count # 3.**  Count as Filed: RAPE, RAPE - 1ST DEGREE - FORCE AND FEAR, in violation of 21 O.S. 1115
Date of Offense: 09/24/2012

| Party Name | Disposition Information |
|---|---|
| MASON, JERRY LEON | **Disposed: CONVICTION, 05/13/2014. Nolo Contendere Plea** Count as Disposed: RAPE - 1ST DEGREE - FORCE AND FEAR(RAPE) Violation of 21 O.S. 1115 |

**Count # 4.**  Count as Filed: FSOD, FORCIBLE SODOMY, in violation of 21 O.S. 888
Date of Offense: 09/24/2012

| Party Name | Disposition Information |
|---|---|

| Party Name | Disposition Information |
|---|---|
| MASON, JERRY LEON | **Disposed: CONVICTION, 05/13/2014. Nolo Contendere Plea** |
| | Count as Disposed: FORCIBLE SODOMY(FSOD) |
| | Violation of 21 O.S. 888 |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 10-03-2012 | TEXT | Criminal Felony Initial Filing. *Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | 1 | MASON, JERRY LEON | |
| 10-03-2012 | INFORMATION | Defendant JERRY LEON MASON was charged with Count #1, RAPE - 1ST DEGREE - FORCE AND FEAR in violation of 21 O.S. 1115 | 1 | MASON, JERRY LEON | |
| 10-03-2012 | INFORMATION | Defendant JERRY LEON MASON was charged with Count #2, BURGLARY - FIRST DEGREE in violation of 21 O.S. 1431 | 2 | MASON, JERRY LEON | |
| 10-03-2012 | INFORMATION | Defendant JERRY LEON MASON was charged with Count #3, RAPE - 1ST DEGREE - FORCE AND FEAR in violation of 21 O.S. 1115 | 3 | MASON, JERRY LEON | |
| 10-03-2012 | INFORMATION | Defendant JERRY LEON MASON was charged with Count #4, RAPE - 1ST DEGREE - FORCE AND FEAR in violation of 21 O.S. 1115 | 4 | MASON, JERRY LEON | |
| 10-03-2012 | TEXT | OCIS has automatically assigned Judge CF B Docket to this case. | | | |
| 10-04-2012 | CTARRPL | HIDDLE, WILLIAM: Defendant present, IN CUSTODY and represented by PUBLIC DEFENDER APPOINTED. Arraignment held. Defendant waives reading of the information and further time to plead. Defendant enters a plea of not guilty. Preliminary hearing set for 11-2-12 AT 9:00AM IN ROOM 344. Bond set in the amount of $50,000.00; Defendant remanded to custody. | | MASON, JERRY LEON | |
| 10-04-2012 | DAINS | District Attorney Inspection Notification *Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 10-04-2012 | PA | Pauper's Affidavit *Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 10-09-2012 | AFPCA | Affidavit & Finding Of Probable Cause T.R.A.C.I.S. (Arrested) *Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 10-23-2012 | ADISC | Acknowledgement of Receipt of Discovery<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 11-02-2012 | CTPASS | JUDGE CLIFFORD SMITH: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY BRIAN RAYL. STATE REPRESENTED BY MATT KEHOE. CASE CALLED FOR PRELMINARY HEARING. PRELIMINARY HEARING PASSED BY AGREEMENT TO 12/ 14/2012 AT 9:00AM IN ROOM 344. BOND TO REMAIN; DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 12-14-2012 | CTPASS | JUDGE CLIFFORD SMITH: Defendant present, IN CUSTODY and represented by LORA SMART. State represented by MATT KEHOE. CASE CALLED FOR PRELIMINARY HEARING. PRELIMINARY HEARING PASSED ISSUE TO 12/21/2013 AT 9:00AM IN ROOM 344. Bond to remain; Defendant remanded to custody. | | MASON, JERRY LEON | |
| 12-21-2012 | CTPASS | JUDGE LUDI LEITCH: Defendant present, IN CUSTODY and represented by BRIAN RAYL. State represented by KEVIN GRAY FOR NALANI CHING. PRELIMINARY HEARING PASSED BY AGREEMENT to 1-11-13 AT 9:00AM IN ROOM 344. Bond to remain; DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 01-11-2013 | CTPASS | JUDGE STEPHEN CLARK: Defendant present, IN CUSTODY and represented by LORA SMART. State represented by MATT KEHOE. CASE CALLED FOR PRELMINARY HEARING. PRELIMINARY HEARING PASSED TO 2/1/2013 AT 9:00AM IN ROOM 344. Bond to remain; Defendant REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 02-01-2013 | CTPRLDCA | judge stephen clark: Defendant present, in custody and represented by brian rayl. State represented by nalani ching and tim harris. Court reporter: dana rush. Case called for preliminary hearing. two witnesses sworn. court grants state's motion to add count 3: rape - 1st degree bond set at $50,000.00 and count 4: oral sodomy bond set at $50,000.00. Demurrer overruled. Defendant is bound over to District Court before Judge gillert on 2-11-13 at 1:30pm in room 406. defendant remanded to custody. bond commitment issued to jail. state to file amended information. | | MASON, JERRY LEON | |
| 02-01-2013 | REQCR | Court Reporter Fee at Trial (Jury/Non-Jury/Preliminary) | | MASON, JERRY LEON | $ 20.00 |
| 02-01-2013 | OCISR | Oklahoma Court Information System Revolving Fund | | MASON, JERRY LEON | $ 25.00 |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 02-06-2013 | RETCO | Return Commitment<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 02-08-2013 | AMIN | Amended Information<br>- added CT 3 & 4<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 02-08-2013 | MOQ | Motion To Quash<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 02-08-2013 | MOPRO | Motion To Produce<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 02-08-2013 | MO | Motion FOR JURY TO ASSESS PUNISHMENT<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 02-08-2013 | MO | Motion TO MODIFY THE VERDICT FORM TO COMPLY WITH THE PRESUMPTION OF INNOCENCE<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 02-08-2013 | MFD | MOTION FOR DISCOVERY AND INSPECTION<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 02-11-2013 | CTPASS | JUDGE TOM GILLERT: DEFENDANT NOT PRESENT IN CUSTODY; DEFENDANT'S APPEARANCE WAIVED. DEFENDANT REPRESENTED BY BRIAN RAYL, PD. STATE REPRESENTED BY NALANI CHING. CASE CALLED FOR DISTRICT COURT ARRAIGNMENT. ATTORNEY REQUEST HEARING ON THE TRANSCRIPT. AMENDED INFO FILED AND SERVED TO ATTY. COURT SIGNED ORDER FOR TRANSCRIPT AT PUBLIC EXPENSE. HEARING SET FOR 3/26/2013 AT 9:30 AM ROOM 406. BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 02-12-2013 | O | Order for transcript<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 02-15-2013 | CCERT | Court Reporter's Certificate<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 03-05-2013 | T&2 | Original Transcript & 2 Copies of PRELIMINARY HEARING On FEBRUARY 1, 2013 WITH STATE'S EXHIBIT 1 IN BACK. ONE COPY EACH TO DISTRICT ATTORNEY'S OFFICE AND PUBLIC DEFENDER'S OFFICE.<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 03-22-2013 | PYREQ | Payment Request - Transcripts<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | $ 210.00 |
| 03-26-2013 | CTPASS | JUDGE TOM GILLERT: DEFENDANT PRESENT IN CUSTODY REPRESENTED BY BRIAN RAYL, PD. STATE REPRESENTED BY NALANI CHING/ KEVIN GRAY. CASE CALLED FOR HEARING ON THE TRANSCRIPT. STATE TO AMEND THE INFORMATION. CASE PASSED TO 3/28/2013 AT 9:30 AM ROOM 406. BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 03-28-2013 | AMIN | 2nd Amended Information<br>- AMENDED COUNT 4 TO FORCIBLE SODOMY (WAS RAPE - 1ST DEGREE - FORCE AND FEAR)<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 03-28-2013 | CTDCA | JUDGE TOM GILLERT: DEFENDANT PRESENT IN CUSTODY REPRESENTED BY BRIAN RAYL, PD. STATE REPRESENTD BY KEVIN GRAY. COURT REPORTER JANA HARRINGTON IS PRESENT. CASE CALLED FOR MOTION HEARING. HEARING HELD. (STATE IS TO AMEND COUNT FOR; PARTIES AGREED TO PROCEED WITH MOTION HEARING PRIOR TO AMENDMENT). COURT OVERRULED DEFENDANT'S MOTION TO QUASH; COURT NOTES THE EXCEPTION. District Court Arraignment held; THE COURT enters a plea of not guilty to the Information FOR THE DEFENDANT and requests jury trial. Jury trial set for 8/19/2013 9:30 AM ROOM 406. Allen Discovery hearing AND OR / STATUS CONFERENCE set for 6/10/2013 1:30 PMR OOM 406. Bond to remain; Defendant remanded to custody. | | MASON, JERRY LEON | |
| 04-03-2013 | WFPDA | Witness fees paid by District Attorney 3-21-13<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | $ 28.00 |
| 06-10-2013 | CTPASS | JUDGE TOM GILLERT: DEFENDANT NOT PRESENT IN CUSTODY DEFENDANT'S APPEARANCE WAIVED. DEFENDANT REPRESENTED BY BRIAN RAYL, PD. STATE REPRESENETD BY NALANI CHING. CASE CALLED FOR ALLEN DISCOVERY. ALLEN PASSED TO 7/29/2013 AT 1:30 PM ROOM 406. BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 07-18-2013 | WFPDA | Witness fees paid by District Attorney 6-27-13<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | $ 580.20 |
| 07-29-2013 | CTPASS | JUDGE TOM GILLERT: DEFENDANT PRESENT IN CUSTODY REPRESENTED BY BRIAN RAYL,PD. STATE REPRESENTED BY NALANI CHING. CASE CALLED FOR ALLEN DISCOVERY. (WAITING ON DNA). CASE PASSED TO 8/9/2013 AT 9:30 AM ROOM 406. BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 08-09-2013 | CTPASS | JUDGE TON GILLERT: DEFENDANT NOT PRESENT IN CUSTODY; DEFENDANT'S APPEARANCE WAIVED. DEFENDANT REPRESENTED BY BRIAN RAYL, PD. STATE RPRESENTED BY NALANI CHING. CASE CALLED FOR ALLEN DISCOVERY. (WAITING ON DNA). CASE SET FOR NO ISSUE JURY TRIAL / ADH 8/19/2013 AT 9:30 AM ROOM 406. BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 08-19-2013 | CTPASS | JUDGE TOM GILLERT: DEFENDANT NOT PRESENT IN CUSTODY; DEFENDANT'S APPEARANCE WAIVED. STATE REPRESENED BY NALANI CHING. CASE ALLED FOR JURY TRIAL NO ISSUE. PARTIES IS WAITING ON THE DNA. CASE SET FOR NO ISSUE JURY TRIAL 9/23/2013 AT 9:30 AM ROOM4 06. BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 09-23-2013 | CTPASS | JUDGE TOM GILLERT: DEFENDANT NOT PRSENT IN CUSTODY PRESENTED BY BRIAN RAYL,PD. DEFENDANT'S APPEARANCE WAIVED. STATE REPRESENTED BY NALANI CHING/ KEVIN GRAY. CASE SET FOR FOR JURY TRIAL NO ISSUE. CASE PASSED TO 10/28/2013 AT 1:30 PM FOR ALLEN/ JURY TRIAL NO ISSUE. BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 09-24-2013 | ADISC | Acknowledgement of Receipt of Discovery<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 10-03-2013 | LT | Letter<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 10-28-2013 | CTPASS | JUDGE TOM GILLERT: DEFENDANT NOT PRESENT IN CUSTODY; DEFENDANT APPEARANCE WAIVED. DEFENDANT PRESENT REPRESENTED BY BRIAN RAYL, PD. STATE REPRESENTED BY NALANI CHING. CASE CALLED FOR ALLEN DISCOVERY/ NO ISSUE JURY . CASE PASSED TO 11/25/2013 AT 1:30 PM ROOM 406. BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 11-25-2013 | CTPASS | JUDGE TOM GILLERT: DEFENDANT NOT PRESENT IN CUSTODY; DEFENDANT'S APPEARANCE WAIVED. DEFENDANT REPRESENTED BY BRIAN RAYL, PD. STATE REPRESENTED BY KEVIN GRAY. CASE CALLED FOR ALLEN DISCOVERY JURY NO ISSUE. CASE PASSED TO 11/26/2013 AT 9:30 AM ROOM 406. BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 12-02-2013 | CTPASS | JUDGE TOM GILLERT: DEFENDANT NOT PRESENT IN CUSTODY; DEFENDANT'S APPEARANCE WAIVED. DEFENDANT REPRESENTED BY BRIAN RAYL,PD. STATE REPRESENTED BY NALANI CHING. CASE CALLED FOR ALLEN DISCOVERY DISCOVERY. CASE PASSED TO 12/9/2013 AT 1:30 PM ROOM 406. BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 12-09-2013 | CTPASS | JUDGE TOM GILLERT: DEFENDANT PRESENT IN CUSTODY REPRESENTED BY BRIAN RAYL. STATE REPRESENTED BY NALANI CHING. CASE CALLED FOR ALLEN DISCOVERY. CASE SET FOR JURY TRIAL ISSUE 2/10/2014 AT 9:30 AM ROOM 406. BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 12-10-2013 | ADISC | Acknowledgement of Receipt of Discovery<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 01-31-2014 | DEFT | Defendant's WITNESS LIST<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 01-31-2014 | DEFT | Defendant's WITNESS LIST<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 02-10-2014 | CTPASS | JUDGE TOM GILLERT: DEFENDANT NOT PRESENT IN CUSTODY; DEFENDANT'S APPEARANCE WAIVED. DEFENDANT REPRESENTED BY BRIAN RAYL, PD. STATE REPRESENTED BY NALANI CHING. CASE CALLED FOR JURY TRIAL ISSUE. CASE PASSED TO 5/12/2014 AT 9:30 AM ROOM 406. BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 03-05-2014 | LT | Letter<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 05-02-2014 | CTFREE | JUDGE TOM GILLERT: DEFENDANT STATUS CONFERENCE STRICKEN. DEFENDANT SET FOR JURY TRIAL 5/12/2014. | | MASON, JERRY LEON | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 05-08-2014 | CTFREE | JUDGE TOM GILLERT: ORDER SIGNED BY THE COURT TO ENDORSE ADDITIONAL WITNESS. | | MASON, JERRY LEON | |
| 05-08-2014 | O | Order<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 05-08-2014 | APLI | APPLICATION to endorse witness for jury trial<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 05-09-2014 | AMIN | 3rd Amended Information<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 05-12-2014 | CTPASS | JUDGE TOM GILLERT: Defendant present, in custody, and represented by BRIAN RAYL PD. State represented by NALANI CHING. JURY TRIAL PASSED to 5-13-2014 @ 9:30 AM IN ROOM 406 Bond to remain; DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 05-13-2014 | CONVICTED | JUDGE TOM GILLERT: DEFENDANT PRESENT, IN CUSTODY, REPRESENTED BY BRIAN RAYL PD. STATE REPRESENTED BY NALANI CHING. DEFENDANT SWORN IN OPEN COURT. COURT REPORTER JANA HARRINGTON. DEFENDANT ENTERS A PLEA OF NOLO CONTENDERE AND WAIVES RIGHTS TO JURY, NON JURY TRIAL. COURT ACCEPTS PLEA, COURT FINDS DEFENDANT GUILTY, DEFENDANT SENTENCED TO: COUNT 1) TWENTY FIVE (25) YEARS WITH THE FIRST EIGHTEEN (18) YEARS IN DEPARTMENT OF CORRECTIONS WITH CREDIT FOR TIME SERVED AND THE LAST SEVEN (7) YEARS SUSPENDED WITH NO FORMAL SUPERVISION. DEFENDANT TO PAY $600.00 FINE, $150.00 VCA, PLUS COSTS. SPECIAL RULES AND CONDITIONS FOR SEX OFFENDER ISSUED. COUNT 2) TWENTY FIVE (25) YEARS WITH THE FIRST EIGHTEEN (18) YEARS IN DEPARTMENT OF CORRECTIONS WITH CREDIT FOR TIME SERVED AND THE LAST SEVEN (7) YEARS SUSPENDED WITH NO FORMAL SUPERVISION. DEFENDANT TO PAY $600.00 FINE, $150.00 VCA, PLUS COSTS. COUNT 3) TWENTY FIVE (25) YEARS WITH THE FIRST EIGHTEEN (18) YEARS IN DEPARTMENT OF CORRECTIONS WITH CREDIT FOR TIME SERVED AND THE LAST SEVEN (7) YEARS SUSPENDED WITH NO FORMAL SUPERVISION. DEFENDANT TO PAY $600.00 FINE, $150.00 VCA, PLUS COSTS. COUNT 4) TWENTY FIVE (25) YEARS WITH THE FIRST EIGHTEEN (18) YEARS IN DEPARTMENT OF CORRECTIONS WITH CREDIT FOR TIME SERVED AND THE LAST SEVEN (7) YEARS SUSPENDED WITH NO FORMAL SUPERVISION. DEFENDANT TO PAY $600.00 FINE, $150.00 VCA, PLUS COSTS. ALL COUNTS TO RUN CONCURRENT WITH EACH OTHER. DEFENDANT ADVISED OF APPEAL RIGHTS, RULE 8 ISSUED, JUDGEMENT AND SENTENCE ISSUED. COMMITMENT ISSUED. | 1 | MASON, JERRY LEON | |
| 05-13-2014 | COSTF | COURT COSTS ON FELONY | 1 | MASON, JERRY LEON | $ 103.00 |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 05-13-2014 | DACPAF | DA Council Prosecution Assessment for Felony | 1 | MASON, JERRY LEON | $ 25.00 |
| 05-13-2014 | OCISR | Oklahoma Court Information System Revolving Fund | 1 | MASON, JERRY LEON | $ 25.00 |
| 05-13-2014 | SSFCHS | Sheriff's Service Fee For Court House Security | 1 | MASON, JERRY LEON | $ 10.00 |
| 05-13-2014 | MELRF | Medical Expense Liability Revolving Fund | 1 | MASON, JERRY LEON | $ 10.00 |
| 05-13-2014 | CLEET | CLEET PENALTY ASSESSMENT | 1 | MASON, JERRY LEON | $ 9.00 |
| 05-13-2014 | PFE7 | LAW LIBRARY FEE | 1 | MASON, JERRY LEON | $ 6.00 |
| 05-13-2014 | FOREN | Forensic Science Improvement Assessment | 1 | MASON, JERRY LEON | $ 5.00 |
| 05-13-2014 | SSF | SHERIFF'S SERVICE FEE ON ARRESTS | 1 | MASON, JERRY LEON | $ 5.00 |
| 05-13-2014 | AFIS | AFIS Fee | 1 | MASON, JERRY LEON | $ 5.00 |
| 05-13-2014 | CHAB | C.H.A.B. Statutory Fee | 1 | MASON, JERRY LEON | $ 3.00 |
| 05-13-2014 | AGVSU | Attorney General Victim Services Unit | 1 | MASON, JERRY LEON | $ 3.00 |
| 05-13-2014 | VCA | VICTIMS COMPENSATION ASSESSMENT (AC12) | 1 | MASON, JERRY LEON | $ 150.00 |
| 05-13-2014 | FINE | FINES PAYABLE TO COUNTY | 1 | MASON, JERRY LEON | $ 600.00 |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 05-13-2014 | CCADMIN | Court Clerk Administrative Fee on Collections | 1 | MASON, JERRY LEON | $ 7.00 |
| 05-13-2014 | COSTF | COURT COSTS ON FELONY | 2 | MASON, JERRY LEON | $ 103.00 |
| 05-13-2014 | DACPAF | DA Council Prosecution Assessment for Felony | 2 | MASON, JERRY LEON | $ 25.00 |
| 05-13-2014 | OCISR | Oklahoma Court Information System Revolving Fund | 2 | MASON, JERRY LEON | $ 25.00 |
| 05-13-2014 | SSFCHS | Sheriff's Service Fee For Court House Security | 2 | MASON, JERRY LEON | $ 10.00 |
| 05-13-2014 | MELRF | Medical Expense Liability Revolving Fund | 2 | MASON, JERRY LEON | $ 10.00 |
| 05-13-2014 | CLEET | CLEET PENALTY ASSESSMENT | 2 | MASON, JERRY LEON | $ 9.00 |
| 05-13-2014 | PFE7 | LAW LIBRARY FEE | 2 | MASON, JERRY LEON | $ 6.00 |
| 05-13-2014 | FOREN | Forensic Science Improvement Assessment | 2 | MASON, JERRY LEON | $ 5.00 |
| 05-13-2014 | SSF | SHERIFF'S SERVICE FEE ON ARRESTS | 2 | MASON, JERRY LEON | $ 5.00 |
| 05-13-2014 | AFIS | AFIS Fee | 2 | MASON, JERRY LEON | $ 5.00 |
| 05-13-2014 | CHAB | C.H.A.B. Statutory Fee | 2 | MASON, JERRY LEON | $ 3.00 |
| 05-13-2014 | AGVSU | Attorney General Victim Services Unit | 2 | MASON, JERRY LEON | $ 3.00 |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 05-13-2014 | VCA | VICTIMS COMPENSATION ASSESSMENT (AC12) | 2 | MASON, JERRY LEON | $ 150.00 |
| 05-13-2014 | FINE | FINES PAYABLE TO COUNTY | 2 | MASON, JERRY LEON | $ 600.00 |
| 05-13-2014 | CCADMIN | Court Clerk Administrative Fee on Collections | 2 | MASON, JERRY LEON | $ 7.00 |
| 05-13-2014 | COSTF | COURT COSTS ON FELONY | 3 | MASON, JERRY LEON | $ 103.00 |
| 05-13-2014 | DACPAF | DA Council Prosecution Assessment for Felony | 3 | MASON, JERRY LEON | $ 25.00 |
| 05-13-2014 | OCISR | Oklahoma Court Information System Revolving Fund | 3 | MASON, JERRY LEON | $ 25.00 |
| 05-13-2014 | SSFCHS | Sheriff's Service Fee For Court House Security | 3 | MASON, JERRY LEON | $ 10.00 |
| 05-13-2014 | MELRF | Medical Expense Liability Revolving Fund | 3 | MASON, JERRY LEON | $ 10.00 |
| 05-13-2014 | CLEET | CLEET PENALTY ASSESSMENT | 3 | MASON, JERRY LEON | $ 9.00 |
| 05-13-2014 | PFE7 | LAW LIBRARY FEE | 3 | MASON, JERRY LEON | $ 6.00 |
| 05-13-2014 | FOREN | Forensic Science Improvement Assessment | 3 | MASON, JERRY LEON | $ 5.00 |
| 05-13-2014 | SSF | SHERIFF'S SERVICE FEE ON ARRESTS | 3 | MASON, JERRY LEON | $ 5.00 |
| 05-13-2014 | AFIS | AFIS Fee | 3 | MASON, JERRY LEON | $ 5.00 |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 05-13-2014 | CHAB | C.H.A.B. Statutory Fee | 3 | MASON, JERRY LEON | $ 3.00 |
| 05-13-2014 | AGVSU | Attorney General Victim Services Unit | 3 | MASON, JERRY LEON | $ 3.00 |
| 05-13-2014 | VCA | VICTIMS COMPENSATION ASSESSMENT (AC12) | 3 | MASON, JERRY LEON | $ 150.00 |
| 05-13-2014 | FINE | FINES PAYABLE TO COUNTY | 3 | MASON, JERRY LEON | $ 600.00 |
| 05-13-2014 | CCADMIN | Court Clerk Administrative Fee on Collections | 3 | MASON, JERRY LEON | $ 7.00 |
| 05-13-2014 | COSTF | COURT COSTS ON FELONY | 4 | MASON, JERRY LEON | $ 103.00 |
| 05-13-2014 | DACPAF | DA Council Prosecution Assessment for Felony | 4 | MASON, JERRY LEON | $ 25.00 |
| 05-13-2014 | OCISR | Oklahoma Court Information System Revolving Fund | 4 | MASON, JERRY LEON | $ 25.00 |
| 05-13-2014 | SSFCHS | Sheriff's Service Fee For Court House Security | 4 | MASON, JERRY LEON | $ 10.00 |
| 05-13-2014 | MELRF | Medical Expense Liability Revolving Fund | 4 | MASON, JERRY LEON | $ 10.00 |
| 05-13-2014 | CLEET | CLEET PENALTY ASSESSMENT | 4 | MASON, JERRY LEON | $ 9.00 |
| 05-13-2014 | PFE7 | LAW LIBRARY FEE | 4 | MASON, JERRY LEON | $ 6.00 |
| 05-13-2014 | FOREN | Forensic Science Improvement Assessment | 4 | MASON, JERRY LEON | $ 5.00 |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 05-13-2014 | SSF | SHERIFF'S SERVICE FEE ON ARRESTS | 4 | MASON, JERRY LEON | $ 5.00 |
| 05-13-2014 | AFIS | AFIS Fee | 4 | MASON, JERRY LEON | $ 5.00 |
| 05-13-2014 | CHAB | C.H.A.B. Statutory Fee | 4 | MASON, JERRY LEON | $ 3.00 |
| 05-13-2014 | AGVSU | Attorney General Victim Services Unit | 4 | MASON, JERRY LEON | $ 3.00 |
| 05-13-2014 | VCA | VICTIMS COMPENSATION ASSESSMENT (AC12) | 4 | MASON, JERRY LEON | $ 150.00 |
| 05-13-2014 | FINE | FINES PAYABLE TO COUNTY | 4 | MASON, JERRY LEON | $ 600.00 |
| 05-13-2014 | CCADMIN | Court Clerk Administrative Fee on Collections | 4 | MASON, JERRY LEON | $ 7.00 |
| 05-15-2014 | CNOTE | DEFENDANT IN DOC CUSTODY AND GIVEN 2 WEEKS TO MAKE A PAYMENT PLAN UPON RELEASE | | MASON, JERRY LEON | |
| 05-15-2014 | RULE8 | Order Of The Court - Rule 8 Hearing<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 05-15-2014 | R&C | Rules & Conditions Of Probation<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 05-16-2014 | J&S | Judgment and Sentence<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | 1 | MASON, JERRY LEON | |
| 05-16-2014 | RETCP | Return Commitment For Punishment<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 05-16-2014 | PGSF | Plea Of Guilty - Summary Of Facts<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 05-19-2014 | LT | Letter<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 05-20-2014 | MOWDP | Motion To Withdraw Plea<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 05-21-2014 | CTFREE | JUDGE TOM GILLERT: COURT SIGNED ORDER FOR MOTION TO WITHDRAW PLEA; HEARING SET FOR 6/16/2014 AT 3:00 PM ROOM 406. COMMITMENT ISSUED TO BRING DEFENDANT. | | MASON, JERRY LEON | |
| 05-21-2014 | LT | Letter<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 05-27-2014 | J&S | Judgment and Sentence<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | 3 | MASON, JERRY LEON | |
| 05-27-2014 | J&S | Judgment and Sentence<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | 4 | MASON, JERRY LEON | |
| 05-27-2014 | J&S | Judgment and Sentence<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | 2 | MASON, JERRY LEON | |
| 05-28-2014 | RETCO | Return Commitment<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 05-29-2014 | TEXT | TRANSCRIPT OF HEARING ON 2-1-2013 RETURNED ON 5-29-2014 | | MASON, JERRY LEON | |
| 06-02-2014 | OH | ORDER FOR HEARING<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 06-10-2014 | EAA | ENTRY OF APPEARANCE<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 06-11-2014 | CTFREE | JUDGE TOM GILLERT ; MOTION TO WITHDRAW PLEA RESET TO 6/12/2014 AT 9:30 AM ROOM 406. DEPUTY NOTIFIED. | | MASON, JERRY LEON | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 06-12-2014 | CTFREE | JUDGE TOM GILLERT: DEFENDANT PRESENT IN CUSTODY REPRESENTED BY MATTHEW DAY AND ISAIAH PARSONS. STATE REPRESENTED BY NALANI CHING. COURT REPORTER JANA HARRINGTON. CASE CALLED FOR MOTION HEARING TO WITHDRAW PLEA. PARTIES DID NOT ENVOKE THE RULE. DEFENSE CALLED ONE WITNESS. STATE CALLED TWO WITNESSES. BOTH PARTIES MADE ARGUMENT. COURT OVERULED THE MOTION TO WITHDRAW PLEA. DEFENDANT ADVISED OF APPEAL RIGHTS. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 06-17-2014 | RETRL | Return Release<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 06-25-2014 | APLI | APPLICATION for determination of indigence<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 06-25-2014 | NOAPP | Notice Of Intent To Appeal<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 06-25-2014 | TEXT | designation of record for appeal form district court<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 07-01-2014 | TEXT | determination of indigence<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 07-02-2014 | RETJS$ | Return Judgment & Sentence<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | $ 50.00 |
| 07-02-2014 | OCISR | Oklahoma Court Information System Revolving Fund | | MASON, JERRY LEON | $ 25.00 |
| 07-11-2014 | CAP | Certificate Of Appeal - #C-2014-576<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 08-01-2014 | MO | Motion TO DISMISS APPEAL FOR LACK OF JURISDICTION<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 08-11-2014 | LT | Letter<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 08-11-2014 | MOD | Motion To Dismiss appeal for lack juriscition<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 08-14-2014 | APLI | APPLICATION FOR POST CONVICTION RELIEF<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 09-11-2014 | NNCRA | Notice Of Non-Completion - Record On Appeal<br><br>Have not received the following transcripts;<br>1) Hearing for June 12, 2014,<br>2) Sentencing for May 13, 2014,<br><br>Copies to: Court Of Criminal Appeals, District Attorney, Attorney General and OKLAHOMA INDIGENT DEFENSE SYSTEM.<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 09-11-2014 | AFD | AFFIDAVIT<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 10-02-2014 | O | Order Dismissing appeal<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 10-08-2014 | RESP | Response to petitioners application for post conviciton relief<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 10-20-2014 | CTFREE | JUDGE TOM GILLERT: COURT SIGNED ORDER REMCOMMENDING PETITIONERS BE DENIED AN APPEAL OUT OF TIME. | | MASON, JERRY LEON | |
| 11-03-2014 | O | Order recommending petitioner be denied an appeal out of time<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 11-20-2014 | LT | Letter<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |