# IN THE COURT OF CRIMINAL APPEALS
# OF THE STATE OF OKLAHOMA

*closed*

STATE OF CRIMINAL APPEALS
STATE OF OKLAHOMA
SEP 29 2014
MICHAEL S. RICHIE
CLERK

THE CLERK SHALL ENTER THE FOLLOWING ORDERS OF THE COURT:

RECEIVED
SEP 29 2014
ATTORNEY GENERAL

| | | |
|---|---|---|
| 1 | C-2014-0426<br>Atoka County<br>Case Nos. CF-2013-112<br>and CM-2010-132<br>Honorable Paula Inge,<br>District Judge | JERRY ROBERT ANSLEY, JR. v. STATE OF OKLAHOMA |

## ORDER DISMISSING CERTIORARI APPEAL

Appellant requests that this appeal be dismissed and submits a properly executed affidavit as required by Rule 3.12(B)(2), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2014). Appellant requests that the prosecution of the appeal cease, and acknowledges that once dismissed, the appeal cannot be reinstated. Appellant's certiorari appeal is **DISMISSED**. Pursuant to Rule 3.15, *Id.*, the **MANDATE** is **ORDERED** issued upon the delivery and filing of this decision.

CONCUR: Lewis, P.J.; Smith, V.P.J.; Lumpkin, J.; A. Johnson, J.

| | | |
|---|---|---|
| 2 | HB-2014-0793<br>Tulsa County<br>Case No. CF-2013-941<br>Honorable William J. Musseman<br>District Judge | IN RE: HABEAS CORPUS OF PHILLIP HUDSON, JR. v. STATE OF OKLAHOMA |

## ORDER DECLINING JURISDICTION

Petitioner's request for extraordinary relief was denied by the District Court in an order filed August 8, 2014. Petitioner's request for extraordinary relief filed with this Court was due for filing with this Court on or before September 7, 2014, but was not filed until September 15, 2014. Petitioner failed to file the request for extraordinary relief with the Clerk of this Court within thirty (30) days from the filing date of the District Court's order as required by Rule 10.1(C), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2014). Petitioner's request was not timely filed. The Court **DECLINES** jurisdiction and **DISMISSES** this matter.

CONCUR: Lewis, P.J.; Smith, V.P.J.; Lumpkin, J.; A. Johnson, J.

| | | |
|---|---|---|
| 3 | C-2014-576<br>Tulsa County<br>Case No. CF-2012-4414<br>Honorable Tom Gillert<br>District Judge | JERRY LEON MASON v. STATE OF OKLAHOMA |


EXHIBIT 4

## ORDER DISMISSING APPEAL

Petitioner did not file the Notice of Intent to Appeal and Designation of Record in the District Court within ten (10) days of the date the judgment and sentence was imposed as required by this Court's Rule 2.5(A), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2014). Filing of the Notice of Intent to Appeal and Designation of Record is jurisdictional, and failure to timely file constitutes waiver of the right to appeal. Petitioner's appeal is **DISMISSED**. If Petitioner feels he has been denied an appeal through no fault of his own, he may seek the appropriate relief with the District Court. *See*, Rule 2.1(E)(1), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2014). Issuance of this order concludes proceedings before this Court.

CONCUR: Lewis, P.J.; Smith, V.P.J.; Lumpkin, J.; A. Johnson, J.

4    **PC-2014-788**                          **EUGENE T. FOUST v. STATE OF OKLAHOMA**
     **Tulsa County**
     **Case No. CF-1988-518**
     **Honorable Tom Gillert**
     **District Judge**

## ORDER DECLINING JURISDICTION

Petitioner's request for post conviction relief was denied by the District Court in an order filed August 12, 2014. Petitioner's Petition in Error should have been filed with this Court on or before September 11, 2014, but was not filed until September 12, 2014. Petitioner failed to timely file the Petition in Error with the Clerk of this Court within thirty (30) days from the filing date of the District Court's final order. *See*, Rule 5.2(C)(2), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2014). The Court **DECLINES** jurisdiction and **DISMISSES** this matter. If Petitioner feels he has been denied a post-conviction appeal through no fault of his own, he may seek the appropriate relief with the District Court. *See*, Rule 2.1(E)(3), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2014).

CONCUR: Lewis, P.J.; Smith, V.P.J.; Lumpkin, J.; A. Johnson, J.

5    **PC-2014-789**                          **EUGENE T. FOUST v. STATE OF OKLAHOMA**
     **Tulsa County**
     **Case No. CF-1988-606**
     **Honorable Tom Gillert**
     **District Judge**

## ORDER DECLINING JURISDICTION

Petitioner's request for post conviction relief was denied by the District Court in an order filed August 12, 2014. Petitioner's Petition in Error should have been filed with this Court on or before September 11, 2014, but was not filed until September 12, 2014. Petitioner

failed to timely file the Petition in Error with the Clerk of this Court within thirty (30) days from the filing date of the District Court's final order. *See*, Rule 5.2(C)(2), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2014). The Court **DECLINES** jurisdiction and **DISMISSES** this matter. If Petitioner feels he has been denied a post-conviction appeal through no fault of his own, he may seek the appropriate relief with the District Court. *See*, Rule 2.1(E)(3), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2014).

CONCUR: Lewis, P.J.; Smith, V.P.J.; Lumpkin, J.; A. Johnson, J.

| | | |
|---|---|---|
| 6 | C-2014-647<br>**Cleveland County**<br>**Case No. CF-2012-1888**<br>**Honorable Lori Walkley**<br>**District Judge** | **CHELSEA NICOLE HURST v. STATE OF OKLAHOMA** |

### ORDER DISMISSING APPEAL

Petitioner did not file the Notice of Intent to Appeal and Designation of Record in the District Court within ten (10) days of the date the judgment and sentence was imposed as required by this Court's Rule 2.5(A), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2014). Filing of the Notice of Intent to Appeal and Designation of Record is jurisdictional, and failure to timely file constitutes waiver of the right to appeal. Petitioner's appeal is **DISMISSED**. If Petitioner feels she has been denied an appeal through no fault of her own, she may seek the appropriate relief with the District Court. *See*, Rule 2.1(E)(1), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2014). Issuance of this order concludes proceedings before this Court.

CONCUR: Lewis, P.J.; Smith, V.P.J.; Lumpkin, J.; A. Johnson, J.

| | | |
|---|---|---|
| 7 | OD-2014-711<br>**Stephens County**<br>**Case Nos. CF-2012-293**<br>**and CF-2013-92**<br>**Honorable Dennis L. Gay**<br>**Associate District Judge** | **CARLOS RAY JOY v. STATE OF OKLAHOMA** |

### ORDER DISMISSING APPEAL

Petitioner did not file the Notice of Appeal in the District Court within ten (10) days of the date the order of detention was imposed as required by this Court's Rule 8.8(C), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2014). Filing of the Notice of Appeal is jurisdictional, and failure to timely file constitutes waiver of the right to appeal. Petitioner's appeal is **DISMISSED**. If Petitioner feels he has been denied an appeal through no fault of his own, he may seek the appropriate relief with the District Court. *See*, Rule

Order 09-15-14

2.1(E)(1), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2014). Issuance of this order concludes proceedings before this Court.

CONCUR: Lewis, P.J.; Smith, V.P.J.; Lumpkin, J.; A. Johnson, J.

| | | |
|---|---|---|
| 8 | MA-2014-736<br>Oklahoma County<br>Case No. CF-2009-2615<br>Honorable Jerry Bass<br>District Judge | MARTRELL D. POLIN v. DISTRICT COURT<br>OF OKLAHOMA COUNTY |

### ORDER DISMISSING REQUEST AS MOOT

On September 11, 2014, the District Court fully adjudicated Petitioner's complaints regarding the pending matters in this case. Petitioner's request for a Writ of Mandamus is therefore **MOOT** and is **DISMISSED**.

CONCUR: Lewis, P.J.; Smith, V.P.J.; Lumpkin, J.; A. Johnson, J.

| | | |
|---|---|---|
| 9 | MA-2014-799<br>Tulsa County<br>Case No. CF-2000-5424<br>Honorable William Musseman<br>District Judge | ALVIS C. HIGGINS v. STATE OF<br>OKLAHOMA |

### ORDER DISMISSING REQUEST AS MOOT

On August 13, 2014, the District Court fully adjudicated Petitioner's complaints regarding the pending matters in this case. Petitioner's request for a Writ of Mandamus is therefore **MOOT** and is **DISMISSED**.

CONCUR: Lewis, P.J.; Smith, V.P.J.; Lumpkin, J.; A. Johnson, J.

**IT IS SO ORDERED.**

WITNESS MY HAND AND THE SEAL OF THIS COURT this 29th day of September, 2014.

_____
DAVID B. LEWIS, Presiding Judge

ATTEST:

_____
Clerk