IN THE UNITED STATES
DISTRICT COURT FOR
THE NORTHERN DISTRICT
OF OKLAHOMA

FILED

JUL 09 2015

Phil Lombardi, Clerk
U.S. DISTRICT COURT

JERRY LEON MASON,                    )          CASE NO.
          PETITIONER,                )          15-CV-167-GKF-TLW
V.                                   )
TRACY MCCOLLUM,                      )
WARDEN,                              )
          RESPONDENT.                )

✓ Mail    ___ No Cert Svc    ___ No Orig Sign
___ C/J    ___ C/MJ    ___ C/Ret'd    ___ No Env
___ No Cpy's    ✓ No Env/Cpy's    ___ O/J    ___ O/MJ

REPLY TO RESPONSE TO AMENDED
PETITION FOR WRIT OF HABEAS
CORPUS.

Propositions can nott be denied for and appeal out of time because his he is innocent of the crime, petitioner was granted certificate of appeal number C-2014-576 on August 14, 2014 and now as for this court to assume jurisdiction" from the oklahoma court of criminal appeals, his ability is his lawyer decision not his petitioner argues time to determine whether to appeal..." was his lawyer's, falt this indecision made by Brian Rayl with the public defender's office. sworn in open court, petitioner was not advised of his appeal rights this court faol to present any genuine material fact with presentation of witnesses and the taking of testimony.

Johnson v. State, 1991 OK CR 124, 823 P.2d 370. Therefor the records the cort has stated should be moot. Mr. Mason, Appellat counsel filed his notice of intent to appeal on June 25, 2014 on case Number, C-2014-576 His preposition Mason's attorney failure to Timely file his notice of Appeal in The District withen Ten (10) days Required by This court's Rule 8.8(c), Rules of The Oklahoma court of Criminal appeals, Title 22, Ch. 18, APP. (2014). filing of The notice of appeal is Jurisdictional, petitioner was denied an appeal Through no fault of his own, and now seek The appropriate Relief of This court See Rule 2.1(E)(1),

Petioner's Request for Extraordinary Relief, on behalf of his appeal in this case, was dismiss without prejudice and all legal issues may be Raised may be sought and granted Appeal Cindy Danner, violated mason's Right to appeal and Properly perfected his intent to appeal with Ten days from denial of the motion to withdraw plea is Jurisdictional. see Rule 4.2(D), Rules of The Court of Criminal Appeals, 22 O.S. 2011, Ch. 18, App. Case No. CF-2012-4414, Presumption of Innocence pursuant to 12. O.S. § 39 Oklahoma open Records, Act, 51 O.S. 24A.1.

Their is new ~~of~~ evidence supporting defendant is actual innocence. And petitioner should no be procedurally barred from challenging his conviction Schlup, 513 U.S. at 322. and A procedural bar will Result in a ~~of~~ fundamental miscarriage of Justice and like in Coleman, 501 U.S. at 748. Constitutional violation cased The conviction of one innocent of The Crime." McClesky v. Zant, 111 S. Ct. at 1470, 1475; ~~(scribbled)~~ Murray V. Carrier, 477 U.S. at 496. 106 S. ~~(scribble)~~ Ct. at 2649-50 petitioner Claims innerfect assitance of counsel document ~~of~~ necessary for an adjudication Transcripts are Relevant in This matter exhibit 6-order recommending petitioner be denied ~~(scribble)~~ an appeal out of time is moot.

The issues are timely propsitions was not adjudicated on the merits by the state court under constututional Law: see (Exhibit (1) case No. Exhibit (2) case No ~~CF~~ CF-2012-4414 ] 15-CV-167-GKF-TLW

I certify That on The date of ~~xxxxx~~ 7-6, year 15 a copy of Reply motion was place in united state mail addressed to:

_____
Jays magee
7-6-15

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF OKLAHOMA

JERRY LEON MASON,                    )
                                     )
    Petitioner,                      )
                                     )
v.                                   )    **Case No. 15-CV-167-GKF-TLW**
                                     )
TRACY MCCOLLUM, Warden,              )
                                     )
    Respondent.                      )

## RESPONSE TO AMENDED PETITION FOR WRIT OF HABEAS CORPUS

The Attorney General of the State of Oklahoma, E. Scott Pruitt, appearing on behalf of the above-named Respondent, in response to the Amended Petition for Writ of Habeas Corpus on file herein shows the Court as follows:

1.    Petitioner, Jerry Leon Mason, an inmate in the custody of the Oklahoma Department of Corrections, appearing without counsel, has filed with this Court an amended petition seeking federal habeas corpus relief.

2.    Petitioner entered a plea of no-contest to First Degree Burglary, two counts of First Degree Rape by Force and Fear, and Forcible Sodomy in the District Court of Tulsa County, Case No. CF-2012-4414 (Exhibit 1- Plea of Guilty Summary of Facts). Petitioner moved to withdraw his plea, a hearing was held, and the request was denied (Exhibit 2- Docket Sheet). Petitioner through counsel appealed the denial of the motion to withdraw plea to the Oklahoma Court of Criminal Appeals, Case No. C-14-576. Petitioner's appellate counsel moved to dismiss the appeal for lack of jurisdiction (Exhibit 3- Motion to Dismiss Appeal for Lack of Jurisdiction). The Court of Criminal Appeals issued an order and dismissed the appeal (Exhibit 4- Order Dismissing Appeal). Petitioner sought an appeal out of time through an application for post-conviction relief (Exhibit 5-

Application For Post-Conviction Relief). The district court denied the request for an appeal out of time (Exhibit 6- Order Recommending Petitioner Be Denied An Appeal Out Of Time). Petitioner did not appeal that denial of relief to the Oklahoma Court of Criminal Appeals.

3.      The issues raised are timely and procedurally barred.

4.      As Petitioner's propositions are procedurally barred, they were not adjudicated on the merits by the state court however, no evidentiary hearing is required as Petitioner has failed to show that a factual basis for the claims was not made in the state court, that the claims rely on a new rule of constitutional law made retroactive by the Supreme Court of the United States or a factual predicate could not have been discovered in the district court, and that the facts underlying the claim would be sufficient to establish by clear and convincing evidence that but for constitutional error, no reasonable fact finder would have found the applicant guilty of the underlying offense. 28 U.S.C. § 2254(e)(2).

5.      Respondent has attached the relevant documents necessary for an adjudication of this matter as exhibits. There are no relevant transcripts in this case. There was a court reporter present for the no-contest plea and a court reporter present for the motion to withdraw plea hearing but they have not been transcribed.

**PROPOSITION I**

**PETITIONER'S CHALLENGES TO HIS CONVICTION ARE
PROCEDURALLY BARRED AS PETITIONER FAILED TO
TIMELY APPEAL HIS CONVICTION UNDER OKLAHOMA
LAW.**

Petitioner has filed an amended petition for writ of habeas corpus seeking to challenge his judgment and sentence out of the District Court of Tulsa County in Case No. CF-12-4414.

In *Routt v. Hines*, Case No. 02-5052, 48 Fed. Appx. 313, 315 (10th Cir. Oct. 8, 2002) (unpublished)[1], the Tenth Circuit recognized Oklahoma's consistency in applying its jurisdictional rule of the filing of a timely notice of intent to appeal:

> The Oklahoma Court of Criminal Appeals has repeatedly held that the statutory rules setting time limits for filing an appeal are absolute and neither the OCCA nor the trial courts have the authority to extend them. *See Weatherford v. State*, 13 P.3d 987, 989 n. 1 (Okla. Crim. App. 2000) (stating, in reference to appellate time periods set by statute, that "[i]t is beyond this Court's power to change-either by court rule or otherwise-the minimum statutory prerequisites for bringing an appeal"); *Turner v. State*, 541 P.2d 1355, 1356 (Okla. Crim. App. 1975) ("The time and manner of taking [an] appeal . . . is regulated by statute. . . . The time provided by the statute is absolute, provided it is reasonable and just, and neither this Court nor the trial court has the authority to extend it."); *Jordan v. State*, 430 P.2d 824, 825 (Okla. Crim. App. 1967) (calling a trial court's order extending time to file an appeal beyond that specified by statute a "nullity" and dismissing the appeal as untimely filed).

*See also Roberts v. Taylor*, Case No. CIV-10-280, 2013 WL 5236614, *3 (E.D. Okla. Sept. 17, 2013) (unpublished)[2] (recognizing that Rule 2.5(A), Rules of the Court of Criminal Appeals is jurisdictional and failure to timely file a Notice of Intent to Appeal constitutes a waiver of the right to appeal under Oklahoma law); *Klien v. Jones*, Case No. CIV-12-1064, 2012 WL 6962975,*4 (W.D. Okla. Dec. 27, 2012) (unpublished)[3] (same). Therefore, the state court's reliance on its

---

[1]Unpublished decision cited for persuasive value only, pursuant to Fed. R. App. P. 32.1 and 10th Cir. R. 32.1(A).

[2]Unpublished decision cited for persuasive value only, pursuant to Fed. R. App. P. 32.1 and 10th Cir. R. 32.1(A).

[3]Unpublished decision cited for persuasive value only, pursuant to Fed. R. App. P. 32.1 and 10th Cir. R. 32.1(A).

513 U.S. at 322. Petitioner provides this Court with no new evidence or any evidence to support his general statement that he is claiming actual innocence.

The highest state court, the Oklahoma Court of Criminal Appeals, decision should stand and Petitioner is procedurally barred from challenging his conviction. Petitioner's request for habeas corpus relief must be denied.

Respectfully submitted,

E. SCOTT PRUITT
ATTORNEY GENERAL OF OKLAHOMA

s/DIANE L. SLAYTON
DIANE L. SLAYTON, OBA#11829
ASSISTANT ATTORNEY GENERAL
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921, Fax (405) 522-4534

ATTORNEYS FOR RESPONDENT
Service email: fhc.docket@oag.ok.gov

## CERTIFICATE OF SERVICE

__X__ I hereby certify that on June 26, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.

__X__ I hereby certify that on June 26, 2015, I served the attached document by mail on the following, who is not a registered participant of the ECF System:

Jerry Leon Mason, #124786
OSR
PO Box 514
Granite, OK 73547

s/ DIANE L. SLAYTON



STATE OF OKLAHOMA,

    Plaintiff,

vs.

Jerry Leon Mason

    Defendant.

SS# ~~_____~~ D.O.B. ~~_____~~

~~_____~~

T— 74127

(Home Address)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CF12-4414

[NOTE: The trial judge shall ensure the defendant is sworn either prior to completing the Summary of Facts or prior to inquiry by the Court on the Plea. If the defendant is entering a nolo contendere, or other type guilty plea, correct by pen change where term "guilty" used.]

**DISTRICT COURT**
**F I L E D**
MAY 1 6 2014

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA, TULSA COUNTY

### PLEA OF GUILTY
### SUMMARY OF FACTS

Part A: Findings of Fact, Acceptance of Plea

CIRCLE

1.   Is the name just read to you your true name? _____    (Yes) No

    If no, what is your correct name? _____

    I have also been known by the name(s): _____

    _____

2.   My lawyer's name is: __BRIAN RAYL__

3.   (a) Do you wish to have a record made of these proceedings by a Court Reporter?    (Yes) No

    (b) Do you wish to waive this right?    Yes (No)

4.   Age: _50_ Grade completed in school: _11 th_

5.   Can you read and understand this form? (If the answer above is no, Addendum A is to be completed and attached.)    (Yes) No

6.   Are you currently taking any medications or substances which affect your ability to understand these proceedings?    Yes (No)

7.   Have you been prescribed any medication that you should be taking, but you are not taking?    Yes (No)
    If so, what kind and for what purpose? _____
    _____

8.   Have you ever been treated by a doctor or health professional for mental illness or confined in a hospital for mental illness?    (Yes) No

    If yes, list the doctor or health professional, place, and when occurred:
    _Brookhaven — Tulsa— Schizo._
    _2005_

9.   Do you understand the nature and consequences of this proceeding?    (Yes) No

10.   Have you received a copy of the Information and read its allegations?    (Yes) No

11.   Does the State move to dismiss or amend any case(s) or count(s) in the information or on page 2 of the information? If so, set forth the cases/counts dismissed or amended.    Yes (No)

**EXHIBIT**
tabbies
1

12.     A. Do you understand you are charged with:

| | Crime | Statutory Reference | |
|---|---|---|---|
| (1) | RAPE 1° | 21 O.S. 1115 | (Yes) No |
| (2) | Burg 1° | 21 O.S. 1431 | (Yes) No |
| (3) | RAPE 1° | 21 O.S. 1115 | (Yes) No |
| (4) | Forc Sodomy | 21 O.S. 888 | (Yes) No |

For additional charges: List any additional charges on a separate sheet and label as PLEA OF GUILTY ADDENDUM B.

     B. Are you charged after former conviction of a felony?     (Yes) No

       If yes, list the felony(ies) charged: _____

POSS CDS    CF 03-1204

13.     Have you previously been convicted of a felony? If so, when, where and for what felony/felonies? _____

14.     ____ (Check if applicable) Do you understand you are subject to the Delayed Sentencing Program for Young Adults and what that sentencing program involves?     Yes No

     ____ (Check if applicable) Do you understand that upon a conviction on a plea of guilty to the offense(s) of _____ you will be required to serve a minimum sentence of: _____?     Yes No

     X 85% of the sentence of imprisonment imposed before being eligible for parole consideration and are not eligible for earned or other type of credits which will have the effect of reducing the length of sentence to less than 85% of the sentence imposed?     (Yes) No

     ____% of the sentence of imprisonment imposed or received prior to becoming eligible for state correctional earned credits toward completion of your sentence or eligibility for parole?     Yes No

     X (Check if applicable) Do you understand that a conviction on a plea of guilty to the offense(s) of RAPE 1° _____ will subject you to mandatory compliance with the Oklahoma Sex Offender Registration Act?     (Yes) No

     X (Check if applicable) Do you understand that any person sentenced to imprisonment for two (2) years or more for the offense(s) of RAPE 1° _____, involving sexual abuse, sexual exploitation, or illegal sexual conduct, shall be required to serve a term of post-imprisonment supervision for at least three (3) years under conditions determined by the Department of Corrections in addition to the actual term of imprisonment. There will be no post-imprisonment supervision for a sentence of life or life without the possibility of parole for offenses involving sexual abuse, sexual exploitation, or illegal sexual conduct.     (Yes) No

     ____ (Check if applicable) Do you understand that a conviction on a plea of guilty to the offense(s) of _____ will subject you to mandatory compliance with the Oklahoma Methamphetamine Offender Registry Act?     Yes No

     ____ (Check if applicable) Do you understand that the Court is required to include in the sentence of any person convicted of a felony and sentenced to a term of imprisonment after November 1, 2012, a term of post-imprisonment supervision. The post-imprisonment supervision shall be for a period of not less than nine (9) months nor more than one (1) year following confinement of the person and shall be served under conditions prescribed by the Department of Corrections. There will be no post-imprisonment supervision for a sentence of life without the possibility of parole.     Yes No

15. What is/are the charge(s) to which the defendant is/are entering a plea today?

    AS FILED

16. Do you understand the range of punishment for the crime(s) is/are: (List in same order as in No. 15 above)?

    (1) Minimum of __10__ to a maximum of __L__ and/or a fine of $ __10K__   (Yes) No

    (2) Minimum of __10__ to a maximum of __L__ and/or a fine of $ __10K__   (Yes) No

    (3) Minimum of __10__ to a maximum of __L__ and/or a fine of $ __10K__   (Yes) No

    (4) Minimum of __10__ to a maximum of __L__ and/or a fine of $ __10K__   (Yes) No

17. Read the following statements: You have the right to a speedy trial before a jury for the determination of whether you are guilty or not guilty and if you request, to determine sentence. (If pleading to capital murder, advise of procedure in 21 O.S. ' 701.10(B)). At the trial:

    (1) You have the right to have a lawyer represent you, either one you hire yourself or if you are indigent a court appointed attorney.

    (2) You are presumed to be innocent of the charges.

    (3) You may remain silent or, if you choose, you may testify on your own behalf.

    (4) You have the right to see and hear all witnesses called to testify against you and the right to cross-examine them.

    (5) You may have your witnesses ordered to appear in court to testify and present evidence of any defense you have to these charges.

    (6) The state is required to prove your guilt beyond a reasonable doubt.

    (7) The verdict of guilty or not guilty decided by a jury must be unanimous. However, you can waive a jury trial and, if all parties agree, the case could be tried by a Judge alone who would decide if you were guilty or not guilty and if guilty, the appropriate punishment.

    Do you understand each of these rights?   (Yes) No

18. Do you understand by entering a plea of guilty you give up these rights?   (Yes) No

19. Do you understand that a conviction on a plea of guilty could increase punishment in any future case committed after this plea?   (Yes) No

20. Have you talked over the charge(s) with your lawyer, advised him/her regarding any defense you may have to the charges and had his/her advice?   (Yes) No

21. Do you believe your lawyer has effectively assisted you in this case and are you satisfied with his/her advice?   (Yes) No

    Nolo
22. Do you wish to change your plea of not guilty to ~~guilty~~ and give up your right to a jury trial and all other previously explained constitutional rights?   (Yes) No

23. Is there a plea agreement?   (Yes) No

    What is your understanding of the plea agreement? __CTS ①-④   Z5 DOC  (18IN / 7 OUT)  600/50__

    (CFTS)

24. Do you understand the Court is not bound by any agreement or recommendation and if the Court does not accept the plea agreement, you have the right to withdraw your plea of guilty?   (Yes) No

25. Do you understand that if there is no plea agreement the Court can sentence you within the range of punishment stated in question 16?   (Yes) No

26. Do you understand your plea of guilty to the charge(s) is/are after: (check one)  (Yes)  No

   ☐ no prior felony convictions

   ☒ one (1) prior felony conviction

   ☐ two (2) or more prior felony convictions

   List prior felony convictions to which pleading: _____

   _Poss CDS_____

   _____

27. What (is) (are) your plea(s) to the charge(s) (and to each one of them)?

   _Nolo Contendere_____

   _____

28. Did you commit the acts as charged in the Information?          Yes   No

   State the factual basis for your plea(s) (attach additional page as needed, labeled as ADDENDUM C):

   _____

   _____

   _____

   _____

   _____

29. Have you been forced, abused, mistreated, or promised anything by anyone to have you enter your plea(s)?          Yes   (No)

30. Do you plead guilty of your own free will and without any coercion or compulsion of any kind?          (Yes)   No

31. If you are entering a plea to a felony offense, you have a right to a Pre-Sentence Investigation and Report which would contain the circumstances of the offense, any criminal record, social history and other background information about you. Do you want to have the Report?          Yes   (No)

32. (a) Do you have any additional statements to make to the Court?          Yes   (No)

   (b) Is there any legal reason you should not be sentenced now?          Yes   (No)

HAVING BEEN SWORN, I, the Defendant whose signature appears below, make the following statements under oath: CHECK ONE:

(1)   ☐  (a) I have read, understood and completed this form.

   ☒  (b) My attorney completed this form and we have gone over the form and I understand its contents and agree with the answers. *See Addendum "A"*

   ☐  (c) The Court completed this form for me and inserted my answers to the questions.

(2)   The answers are true and correct.

(3)   I understand that I may be prosecuted for perjury if I have made false statements to this Court.

x _Jerry Nash_____
DEFENDANT

Acknowledged this _13_ day of _MAY_, 20_14_

_____
Notary Public/Deputy Court Clerk/Judge

33.     I, the undersigned attorney for the Defendant, believe the Defendant understands the nature, purpose and consequence of this proceeding. (S)He is able to assist me in formulating any defense to the charge(s). I am satisfied that the Defendant's waivers and plea(s) of guilty are voluntarily given and he/she has been informed of all legal and constitutional rights.

_____
ATTORNEY FOR DEFENDANT

34.     The sentence recommendation in question 23 is correctly stated. I believe the recommendation is fair to the State of Oklahoma.

35.     Offer of Proof (Nolo contendere plea) _THE Δ PUSHED HIS WAY INTO VICTIM'S RESIDENCE, VAGINALLY & ANALLY PENETRATED HER, W/ HIS PENIS, AND PUT HIS PENIS IN HER MOUTH ALL AGAINST HER WILL IN TULSA COUNTY_

_____
ASSISTANT DISTRICT ATTORNEY

## THE COURT FINDS AS FOLLOWS:

36.     A. The Defendant was sworn and responded to questions under oath.

B. The Defendant understands the nature, purpose and consequences of this proceeding.

C. The Defendant's plea(s) of _NOLO_ is/are knowingly and voluntarily entered and accepted by the Court.

D. The Defendant is competent for the purpose of this hearing.

E. A factual basis exists for the plea(s) (and former conviction(s), if applicable).

F. The Defendant is guilty as charged: (check as appropriate)

☐ after no prior felony convictions.

☒ after one (1) prior felony conviction.

☐ after two (2) or more prior felony convictions.

G. Sentencing or order deferring sentence shall be:

☒ imposed instanter; or

☐ continued until the ____ day of _____, 20__, at _____ ___.m.

☐ If the Pre-Sentence Investigation and Report is requested, it shall be provided to the Court by the _____ day of _____, 20___.

H. Defendant is committed to:

_____ The RID Program

_____ The FORT Program

_____ The Delayed Sentencing Program for Youthful Offenders

DONE IN OPEN COURT this _13_ day of _MAY_, 20_14_

_____            _____
Court Reporter Present                JUDGE OF THE DISTRICT COURT

_____            _____
Deputy Court Clerk                    NAME OF JUDGE TYPED OR PRINTED

**Part B: Sentence on Plea**

Case No. _CF 12-4414_
State v. _MASON_
Date: _5/13/14_

[NOTE ON USE: Part B to be used with the Summary of Facts if contemporaneous with the entry of plea or may be formatted as a separate sentencing form if sentencing continued to future date.]

## THE COURT SENTENCES THE DEFENDANT AS FOLLOWS:

### TIME TO SERVE

1. You are sentenced to confinement under the supervision of the Department of Corrections for a term of years as follows: (list in same order as in question No. 15 in Part A)

_____

_____

_____

_____

Upon release from such confinement, you shall serve a term of post-imprisonment supervision under conditions prescribed by the Department of Corrections for a period of:

_____

_____

2. The sentence(s) to run:  ☐ Concurrently   ☐ Consecutively   ☐ NOT APPLICABLE

_____

_____

_____

3. Defendant shall receive:   ☐ Credit for time served   ☐ No credit for time served

### DEFERRED SENTENCE

1. The sentencing date is deferred until _____ _____, 20___ at _____ ___.m.

_____

_____

_____

2. You (will/will not) be supervised. The terms set forth in the Rules and Conditions of Probation found in Addendum D shall be the rules you must follow during the period of deferment.

### SUSPENDED SENTENCE or SUSPENDED AS TO PART

1. You are sentenced to confinement under the supervision of the Department of Corrections for a term of years as follows:

_(1-4) 2.5 DOC (18 IN / 7 OUT) 600/150_

_CFTS_

_____

To be suspended as follows:

    (a) ALL SUSPENDED      YES _____      NO _X_

    (b) suspended *except* as to the first _18_ (months/years) of the term(s) during which time you are to be held in the custody of the Department of Corrections, the remainder of the sentence(s) to be suspended under the terms set forth in the Rules and Conditions of Probation found in Addendum D.

    _____ Said period of incarceration shall be in the custody of the Department of Corrections, to be served in the County Jail, in lieu of the Department of Corrections, pursuant to the Community Service Sentencing Program, 22 O.S. Section 991a – 4.1.

    _____ Defendant's term of incarceration shall be calculated as:

        _____ Calendar days with credit for good behavior only (57 O.S Section 65)

        _____ As calculated by the Sheriff with all implemented and allowable credits allowed by law

2. The sentence(s) to run: ☑ Concurrently ☐ Consecutively ☐ NOT APPLICABLE

_____
_____
_____
_____

3. Defendant shall receive: ☑ Credit for time served ☐ No credit for time served

## FINES AND COSTS

You are to pay a fine(s), costs, fees and/or restitution to the Tulsa County District Court Clerk as follows: (Addendum E which is attached and made a part of this Order.)

☐ To the Tulsa County District Court Clerk as set out in the *Order of the Court – Rule 8 Hearing*

☐ To the Tulsa County District Attorney's Office as set out in the *Restitution Schedule* Addendum

☐ To the Department of Corrections as set out in the Pre-Sentence Investigation Report and/or the Rules and Conditions of Probation Addendum.

## "NOTICE OF RIGHT TO APPEAL"

Sentence to Incarceration, Suspended or Deferred:

To appeal from this conviction, or order deferring sentence, on your plea of guilty, you must file in the District Court Clerk's Office a written Application to Withdraw your Plea of Guilty within ten (10) days from today's date. You must set forth in detail why you are requesting to withdraw your plea. The trial court must hold a hearing and rule upon your Application within thirty (30) days from the date it is filed. If the trial court denies your Application, you have the right to ask the Court of Criminal Appeals to review the District Court's denial by filing a Petition for Writ of Certiorari within ninety (90) days from the date of the denial. Within ten (10) days from the date the application to withdraw plea of guilty is denied, notice of intent to appeal and designation of record must be filed pursuant to Oklahoma Court of Criminal Appeals Rule 4.2(D). If you are indigent, you have the right to be represented on appeal by a court appointed attorney.

Do you understand each of these rights to appeal? ☑ Yes ☐ No

Do you want to remain in the county jail ten (10) days before being taken to the place of confinement? ☐ Yes ☑ No

Have you fully understood the questions that have been asked? ☑ Yes ☐ No

Have your answers been freely and voluntarily given? ☑ Yes ☐ No

I ACKNOWLEDGE UNDERSTANDING OF RIGHTS AND SENTENCE IMPOSED.

_____ · DEFENDANT

I, the undersigned attorney, have advised the Defendant of his appellate rights.

_____ ATTORNEY FOR DEFENDANT

Done in open court, with all parties present, this **13** day of **MAY** 20 **14**.

_____
Court Reporter Present

_____ JUDGE OF THE DISTRICT COURT

_____
Deputy Court Clerk

NAME OF JUDGE TYPED OR PRINTED

# ADDENDUM "A"

## IMMIGRATION STATUS <u>WARNING</u> ABOUT PLEA OF GUILTY/NO CONTEST

The defendant understands that because he is not a citizen of the United States, his plea of guilty/no contest in this case makes it very likely (automatic for many crimes) that he will be deported from the United States. The defendant agrees that he has talked with his defense lawyer about his immigration status and how a plea of guilty/no contest in this case will affect that status. The defendant understands that immigration, including deportation, is a separate proceeding governed by the laws of the United States. The defendant also understands that no one, including his defense lawyer or the Judge of the District Court of Tulsa County, Oklahoma, can predict to a certainty the effect of his plea of guilty/no contest in this case on his immigration status. Even with this warning, the defendant agrees that he wants to go ahead and plead guilty/no contest in this case.

_____                    _____
Date                                                Defendant


                                                    _____
                                                    Interpreter (if necessary)


## CERTIFICATE OF DEFENSE COUNSEL

As the attorney for the defendant, I certify that:

1. The Defendant has stated to me that he/she is ☑ able ☐ unable to read and understand the attached form and I have: (check appropriate option)

   ☑ Determined the Defendant is able to understand the English language.

   ☐ Determined the Defendant is unable to understand the English language and obtained _____ to interpret.

2. I have read and fully explained to the Defendant the allegations contained in the Information in this case.

3. I have read and fully explained to the Defendant all of the questions in the Plea of Guilty/Summary of Facts and the answers to the questions set out in the Summary of Facts are the Defendant's answers.

4. To the best of my knowledge and belief the statements and declaration made by the Defendant are accurate and true and have been freely and voluntarily made.


Dated this ___15___ day of ___MAY___ , 20_14_

                                        _____
                                        ATTORNEY FOR DEFENDANT



The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

STATE OF OKLAHOMA,
    Plaintiff,

v.

JERRY LEON MASON,
A/K/A GEORGE FRAZIER,
A/K/A GEORGE MASON,
A/K/A GEORGE WASHINGTON,
    Defendant.

**No. CF-2012-4414**
**(Criminal Felony)**

Filed: 10/03/2012
Closed: 05/13/2014

Judge: CF B Docket

## PARTIES

MASON, JERRY LEON, Defendant
STATE OF OKLAHOMA, Plaintiff
Tulsa Police Department, ARRESTING AGENCY

## ATTORNEYS

| Attorney | Represented Parties |
| --- | --- |
| TULSA COUNTY PUBLIC DEFENDER | |

## EVENTS

| Event | Party | Docket | Reporter |
| --- | --- | --- | --- |
| Friday, November 2, 2012 at 9:00 AM PRELIMINARY HEARING ISSUE (PUBLIC DEFENDER) | MASON, JERRY LEON | Preliminary Hearing Docket | |
| Friday, December 14, 2012 at 9:00 AM PRELIMINARY HEARING ISSUE (PUBLIC DEFENDER) | MASON, JERRY LEON | Preliminary Hearing Docket | |

EXHIBIT
2

| Event | Party | Docket | Reporter |
|-------|-------|--------|----------|
| Friday, December 21, 2012 at 9:00 AM<br>PRELIMINARY HEARING ISSUE (PUBLIC DEFENDER) | MASON, JERRY LEON | Preliminary Hearing Docket | |
| Friday, January 11, 2013 at 9:00 AM<br>PRELIMINARY HEARING ISSUE (PUBLIC DEFENDER) | MASON, JERRY LEON | Preliminary Hearing Docket | |
| Friday, February 1, 2013 at 9:00 AM<br>PRELIMINARY HEARING ISSUE (PUBLIC DEFENDER) | MASON, JERRY LEON | Preliminary Hearing Docket | |
| Monday, February 11, 2013 at 13:30 PM<br>DISTRICT COURT ARRAIGNMENT | MASON, JERRY LEON | CF B Docket | |
| Tuesday, March 26, 2013 at 9:30 AM<br>HEARING ON THE TRANSCRIPT | MASON, JERRY LEON | CF B Docket | |
| Thursday, March 28, 2013 at 9:30 AM<br>HEARING ON THE TRANSCRIPT | MASON, JERRY LEON | CF B Docket | |
| Monday, June 10, 2013 at 13:30 PM<br>ALLEN (DISCOVERY) HEARING/ STATUS CONFERENCE | MASON, JERRY LEON | CF B Docket | |
| Monday, July 29, 2013 at 13:30 PM<br>ALLEN (DISCOVERY) HEARING | MASON, JERRY LEON | CF B Docket | |
| Friday, August 9, 2013 at 9:30 AM<br>ALLEN (DISCOVERY) HEARING | MASON, JERRY LEON | CF B Docket | |
| Monday, August 19, 2013 at 9:30 AM<br>JURY TRIAL (NO ISSUE) | MASON, JERRY LEON | CF B Docket | |
| Monday, September 23, 2013 at 9:30 AM<br>JURY TRIAL (NO ISSUE) | MASON, JERRY LEON | CF B Docket | |
| Monday, October 28, 2013 at 13:30 PM<br>ALLEN (DISCOVERY) HEARING/ JURY NO ISSUE | MASON, JERRY LEON | CF B Docket | |
| Monday, November 25, 2013 at 13:30 PM<br>ALLEN (DISCOVERY) HEARING/ JURY NO ISSUE- B.R. | MASON, JERRY LEON | CF B Docket | |
| Tuesday, November 26, 2013 at 9:30 AM<br>ALLEN (DISCOVERY) HEARING/NO ISSUE JURY | MASON, JERRY LEON | CF B Docket | |
| Monday, December 9, 2013 at 13:30 PM<br>ALLEN (DISCOVERY) HEARING- B.R. | MASON, JERRY LEON | CF B Docket | |
| Monday, February 10, 2014 at 9:30 AM<br>JURY TRIAL (ISSUE)- B.R. | MASON, JERRY LEON | CF B Docket | |
| Friday, May 2, 2014 at 9:30 AM<br>STATUS CONFERENCE | MASON, JERRY LEON | CF B Docket | |

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Monday, May 12, 2014 at 9:30 AM<br>JURY TRIAL (ISSUE) B.R. | MASON, JERRY LEON | CF B Docket | |
| Tuesday, May 13, 2014 at 9:00 AM<br>JURY TRIAL (ISSUE) | MASON, JERRY LEON | CF B Docket | |
| Thursday, June 12, 2014 at 9:30 AM<br>MOTION HEARING | MASON, JERRY LEON | CF B Docket | |

# COUNTS

Parties appear only under the counts with which they were charged. For complete sentence information, see the court minute on the docket.

**Count # 1.**     Count as Filed: RAPE, RAPE - 1ST DEGREE - FORCE AND FEAR, in violation of 21 O.S. 1115
Date of Offense: 09/24/2012

| Party Name | Disposition Information |
|---|---|
| MASON, JERRY LEON | **Disposed: CONVICTION, 05/13/2014. Nolo Contendere Plea**<br>Count as Disposed: RAPE - 1ST DEGREE - FORCE AND FEAR(RAPE)<br>Violation of 21 O.S. 1115 |

**Count # 2.**     Count as Filed: BRG1, BURGLARY - FIRST DEGREE, in violation of 21 O.S. 1431
Date of Offense: 09/24/2012

| Party Name | Disposition Information |
|---|---|
| MASON, JERRY LEON | **Disposed: CONVICTION, 05/13/2014. Nolo Contendere Plea**<br>Count as Disposed: BURGLARY - FIRST DEGREE(BRG1)<br>Violation of 21 O.S. 1431 |

**Count # 3.**     Count as Filed: RAPE, RAPE - 1ST DEGREE - FORCE AND FEAR, in violation of 21 O.S. 1115
Date of Offense: 09/24/2012

| Party Name | Disposition Information |
|---|---|
| MASON, JERRY LEON | **Disposed: CONVICTION, 05/13/2014. Nolo Contendere Plea**<br>Count as Disposed: RAPE - 1ST DEGREE - FORCE AND FEAR(RAPE)<br>Violation of 21 O.S. 1115 |

**Count # 4.**     Count as Filed: FSOD, FORCIBLE SODOMY, in violation of 21 O.S. 888
Date of Offense: 09/24/2012

| Party Name | Disposition Information |
|---|---|
| | |

| Party Name | Disposition Information |
|---|---|
| MASON, JERRY LEON | **Disposed: CONVICTION, 05/13/2014. Nolo Contendere Plea**<br>Count as Disposed: FORCIBLE SODOMY(FSOD)<br>Violation of 21 O.S. 888 |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 10-03-2012 | TEXT | Criminal Felony Initial Filing.<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | 1 | MASON, JERRY LEON | |
| 10-03-2012 | INFORMATION | Defendant JERRY LEON MASON was charged with Count #1, RAPE - 1ST DEGREE - FORCE AND FEAR in violation of 21 O.S. 1115 | 1 | MASON, JERRY LEON | |
| 10-03-2012 | INFORMATION | Defendant JERRY LEON MASON was charged with Count #2, BURGLARY - FIRST DEGREE in violation of 21 O.S. 1431 | 2 | MASON, JERRY LEON | |
| 10-03-2012 | INFORMATION | Defendant JERRY LEON MASON was charged with Count #3, RAPE - 1ST DEGREE - FORCE AND FEAR in violation of 21 O.S. 1115 | 3 | MASON, JERRY LEON | |
| 10-03-2012 | INFORMATION | Defendant JERRY LEON MASON was charged with Count #4, RAPE - 1ST DEGREE - FORCE AND FEAR in violation of 21 O.S. 1115 | 4 | MASON, JERRY LEON | |
| 10-03-2012 | TEXT | OCIS has automatically assigned Judge CF B Docket to this case. | | | |
| 10-04-2012 | CTARRPL | HIDDLE, WILLIAM: Defendant present, IN CUSTODY and represented by PUBLIC DEFENDER APPOINTED. Arraignment held. Defendant waives reading of the information and further time to plead. Defendant enters a plea of not guilty. Preliminary hearing set for 11-2-12 AT 9:00AM IN ROOM 344. Bond set in the amount of $50,000.00; Defendant remanded to custody. | | MASON, JERRY LEON | |
| 10-04-2012 | DAINS | District Attorney Inspection Notification<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 10-04-2012 | PA | Pauper's Affidavit<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 10-09-2012 | AFPCA | Affidavit & Finding Of Probable Cause T.R.A.C.I.S. (Arrested)<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 10-23-2012 | ADISC | Acknowledgement of Receipt of Discovery<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 11-02-2012 | CTPASS | JUDGE CLIFFORD SMITH: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY BRIAN RAYL. STATE REPRESENTED BY MATT KEHOE. CASE CALLED FOR PRELMINARY HEARING. PRELIMINARY HEARING PASSED BY AGREEMENT TO 12/ 14/2012 AT 9:00AM IN ROOM 344. BOND TO REMAIN; DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 12-14-2012 | CTPASS | JUDGE CLIFFORD SMITH: Defendant present, IN CUSTODY and represented by LORA SMART. State represented by MATT KEHOE. CASE CALLED FOR PRELIMINARY HEARING. PRELIMINARY HEARING PASSED ISSUE TO 12/21/2013 AT 9:00AM IN ROOM 344. Bond to remain; Defendant remanded to custody. | | MASON, JERRY LEON | |
| 12-21-2012 | CTPASS | JUDGE LUDI LEITCH: Defendant present, IN CUSTODY and represented by BRIAN RAYL. State represented by KEVIN GRAY FOR NALANI CHING. PRELIMINARY HEARING PASSED BY AGREEMENT to 1-11-13 AT 9:00AM IN ROOM 344. Bond to remain; DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 01-11-2013 | CTPASS | JUDGE STEPHEN CLARK: Defendant present, IN CUSTODY and represented by LORA SMART. State represented by MATT KEHOE. CASE CALLED FOR PRELMINARY HEARING. PRELIMINARY HEARING PASSED TO 2/1/2013 AT 9:00AM IN ROOM 344. Bond to remain; Defendant REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 02-01-2013 | CTPRLDCA | judge stephen clark: Defendant present, in custody and represented by brian rayl. State represented by nalani ching and tim harris. Court reporter: dana rush. Case called for preliminary hearing. two witnesses sworn. court grants state's motion to add count 3: rape - 1st degree bond set at $50,000.00 and count 4: oral sodomy bond set at $50,000.00. Demurrer overruled. Defendant is bound over to District Court before Judge gillert on 2-11-13 at 1:30pm in room 406. defendant remanded to custody. bond commitment issued to jail. state to file amended information. | | MASON, JERRY LEON | |
| 02-01-2013 | REQCR | Court Reporter Fee at Trial (Jury/Non-Jury/Preliminary) | | MASON, JERRY LEON | $ 20.00 |
| 02-01-2013 | OCISR | Oklahoma Court Information System Revolving Fund | | MASON, JERRY LEON | $ 25.00 |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 02-06-2013 | RETCO | Return Commitment<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 02-08-2013 | AMIN | Amended Information<br>- added CT 3 & 4<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 02-08-2013 | MOQ | Motion To Quash<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 02-08-2013 | MOPRO | Motion To Produce<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 02-08-2013 | MO | Motion FOR JURY TO ASSESS PUNISHMENT<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 02-08-2013 | MO | Motion TO MODIFY THE VERDICT FORM TO COMPLY WITH THE PRESUMPTION OF INNOCENCE<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 02-08-2013 | MFD | MOTION FOR DISCOVERY AND INSPECTION<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 02-11-2013 | CTPASS | JUDGE TOM GILLERT: DEFENDANT NOT PRESENT IN CUSTODY; DEFENDANT'S APPEARANCE WAIVED. DEFENDANT REPRESENTED BY BRIAN RAYL, PD. STATE REPRESENTED BY NALANI CHING. CASE CALLED FOR DISTRICT COURT ARRAIGNMENT. ATTORNEY REQUEST HEARING ON THE TRANSCRIPT. AMENDED INFO FILED AND SERVED TO ATTY. COURT SIGNED ORDER FOR TRANSCRIPT AT PUBLIC EXPENSE. HEARING SET FOR 3/26/2013 AT 9:30 AM ROOM 406. BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 02-12-2013 | O | Order for transcript<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 02-15-2013 | CCERT | Court Reporter's Certificate<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 03-05-2013 | T&2 | Original Transcript & 2 Copies of PRELIMINARY HEARING On FEBRUARY 1, 2013 WITH STATE'S EXHIBIT 1 IN BACK. ONE COPY EACH TO DISTRICT ATTORNEY'S OFFICE AND PUBLIC DEFENDER'S OFFICE. *Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 03-22-2013 | PYREQ | Payment Request - Transcripts *Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | $ 210.00 |
| 03-26-2013 | CTPASS | JUDGE TOM GILLERT: DEFENDANT PRESENT IN CUSTODY REPRESENTED BY BRIAN RAYL, PD. STATE REPRESENTED BY NALANI CHING/ KEVIN GRAY. CASE CALLED FOR HEARING ON THE TRANSCRIPT. STATE TO AMEND THE INFORMATION. CASE PASSED TO 3/28/2013 AT 9:30 AM ROOM 406. BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 03-28-2013 | AMIN | 2nd Amended Information - AMENDED COUNT 4 TO FORCIBLE SODOMY (WAS RAPE - 1ST DEGREE - FORCE AND FEAR) *Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 03-28-2013 | CTDCA | JUDGE TOM GILLERT: DEFENDANT PRESENT IN CUSTODY REPRESENTED BY BRIAN RAYL, PD. STATE REPRESENTED BY KEVIN GRAY. COURT REPORTER JANA HARRINGTON IS PRESENT. CASE CALLED FOR MOTION HEARING. HEARING HELD. (STATE IS TO AMEND COUNT FOR; PARTIES AGREED TO PROCEED WITH MOTION HEARING PRIOR TO AMENDMENT). COURT OVERRULED DEFENDANT'S MOTION TO QUASH; COURT NOTES THE EXCEPTION. District Court Arraignment held; THE COURT enters a plea of not guilty to the Information FOR THE DEFENDANT and requests jury trial. Jury trial set for 8/19/2013 9:30 AM ROOM 406. Allen Discovery hearing AND OR / STATUS CONFERENCE set for 6/10/2013 1:30 PMR OOM 406. Bond to remain; Defendant remanded to custody. | | MASON, JERRY LEON | |
| 04-03-2013 | WFPDA | Witness fees paid by District Attorney 3-21-13 *Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | $ 28.00 |
| 06-10-2013 | CTPASS | JUDGE TOM GILLERT: DEFENDANT NOT PRESENT IN CUSTODY DEFENDANT'S APPEARANCE WAIVED. DEFENDANT REPRESENTED BY BRIAN RAYL, PD. STATE REPRESENETD BY NALANI CHING. CASE CALLED FOR ALLEN DISCOVERY. ALLEN PASSED TO 7/29/2013 AT 1:30 PM ROOM 406. BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 07-18-2013 | WFPDA | Witness fees paid by District Attorney 6-27-13<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | $ 580.20 |
| 07-29-2013 | CTPASS | JUDGE TOM GILLERT: DEFENDANT PRESENT IN CUSTODY REPRESENTED BY BRIAN RAYL,PD. STATE REPRESENTED BY NALANI CHING. CASE CALLED FOR ALLEN DISCOVERY. (WAITING ON DNA). CASE PASSED TO 8/9/2013 AT 9:30 AM ROOM 406. BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 08-09-2013 | CTPASS | JUDGE TON GILLERT: DEFENDANT NOT PRESENT IN CUSTODY; DEFENDANT'S APPEARANCE WAIVED. DEFENDANT REPRESENTED BY BRIAN RAYL, PD. STATE RPRESENTED BY NALANI CHING. CASE CALLED FOR ALLEN DISCOVERY. (WAITING ON DNA). CASE SET FOR NO ISSUE JURY TRIAL / ADH 8/19/2013 AT 9:30 AM ROOM 406. BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 08-19-2013 | CTPASS | JUDGE TOM GILLERT: DEFENDANT NOT PRESENT IN CUSTODY; DEFENDANT'S APPEARANCE WAIVED. STATE REPRESENED BY NALANI CHING. CASE ALLED FOR JURY TRIAL NO ISSUE. PARTIES IS WAITING ON THE DNA. CASE SET FOR NO ISSUE JURY TRIAL 9/23/2013 AT 9:30 AM ROOM4 06. BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 09-23-2013 | CTPASS | JUDGE TOM GILLERT: DEFENDANT NOT PRSENT IN CUSTODY PRESENTED BY BRIAN RAYL,PD. DEFENDANT'S APPEARANCE WAIVED. STATE REPRESENTED BY NALANI CHING/ KEVIN GRAY. CASE SET FOR FOR JURY TRIAL NO ISSUE. CASE PASSED TO 10/28/2013 AT 1:30 PM FOR ALLEN/ JURY TRIAL NO ISSUE. BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 09-24-2013 | ADISC | Acknowledgement of Receipt of Discovery<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 10-03-2013 | LT | Letter<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 10-28-2013 | CTPASS | JUDGE TOM GILLERT: DEFENDANT NOT PRESENT IN CUSTODY; DEFENDANT APPEARANCE WAIVED. DEFENDANT PRESENT REPRESENTED BY BRIAN RAYL, PD. STATE REPRESENTED BY NALANI CHING. CASE CALLED FOR ALLEN DISCOVERY/ NO ISSUE JURY . CASE PASSED TO 11/25/2013 AT 1:30 PM ROOM 406. BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 11-25-2013 | CTPASS | JUDGE TOM GILLERT: DEFENDANT NOT PRESENT IN CUSTODY; DEFENDANT'S APPEARANCE WAIVED. DEFENDANT REPRESENTED BY BRIAN RAYL, PD. STATE REPRESENTED BY KEVIN GRAY. CASE CALLED FOR ALLEN DISCOVERY JURY NO ISSUE. CASE PASSED TO 11/26/2013 AT 9:30 AM ROOM 406. BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 12-02-2013 | CTPASS | JUDGE TOM GILLERT: DEFENDANT NOT PRESENT IN CUSTODY; DEFENDANT'S APPEARANCE WAIVED. DEFENDANT REPRESENTED BY BRIAN RAYL,PD. STATE REPRESENTED BY NALANI CHING. CASE CALLED FOR ALLEN DISCOVERY DISCOVERY. CASE PASSED TO 12/9/2013 AT 1:30 PM ROOM 406. BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 12-09-2013 | CTPASS | JUDGE TOM GILLERT: DEFENDANT PRESENT IN CUSTODY REPRESENTED BY BRIAN RAYL. STATE REPRESENTED BY NALANI CHING. CASE CALLED FOR ALLEN DISCOVERY. CASE SET FOR JURY TRIAL ISSUE 2/10/2014 AT 9:30 AM ROOM 406. BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 12-10-2013 | ADISC | Acknowledgement of Receipt of Discovery *Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 01-31-2014 | DEFT | Defendant's WITNESS LIST *Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 01-31-2014 | DEFT | Defendant's WITNESS LIST *Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 02-10-2014 | CTPASS | JUDGE TOM GILLERT: DEFENDANT NOT PRESENT IN CUSTODY; DEFENDANT'S APPEARANCE WAIVED. DEFENDANT REPRESENTED BY BRIAN RAYL, PD. STATE REPRESENTED BY NALANI CHING. CASE CALLED FOR JURY TRIAL ISSUE. CASE PASSED TO 5/12/2014 AT 9:30 AM ROOM 406. BOND TO REMAIN. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 03-05-2014 | LT | Letter *Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 05-02-2014 | CTFREE | JUDGE TOM GILLERT: DEFENDANT STATUS CONFERENCE STRICKEN. DEFENDANT SET FOR JURY TRIAL 5/12/2014. | | MASON, JERRY LEON | |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 05-08-2014 | CTFREE | JUDGE TOM GILLERT: ORDER SIGNED BY THE COURT TO ENDORSE ADDITIONAL WITNESS. | | MASON, JERRY LEON | |
| 05-08-2014 | O | Order<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 05-08-2014 | APLI | APPLICATION to endorse witness for jury trial<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 05-09-2014 | AMIN | 3rd Amended Information<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 05-12-2014 | CTPASS | JUDGE TOM GILLERT: Defendant present, in custody, and represented by BRIAN RAYL PD. State represented by NALANI CHING. JURY TRIAL PASSED to 5-13-2014 @ 9:30 AM IN ROOM 406 Bond to remain; DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 05-13-2014 | CONVICTED | JUDGE TOM GILLERT: DEFENDANT PRESENT, IN CUSTODY, REPRESENTED BY BRIAN RAYL PD. STATE REPRESENTED BY NALANI CHING. DEFENDANT SWORN IN OPEN COURT. COURT REPORTER JANA HARRINGTON. DEFENDANT ENTERS A PLEA OF NOLO CONTENDERE AND WAIVES RIGHTS TO JURY, NON JURY TRIAL. COURT ACCEPTS PLEA, COURT FINDS DEFENDANT GUILTY, DEFENDANT SENTENCED TO: | 1 | MASON, JERRY LEON | |

COUNT 1) TWENTY FIVE (25) YEARS WITH THE FIRST EIGHTEEN (18) YEARS IN DEPARTMENT OF CORRECTIONS WITH CREDIT FOR TIME SERVED AND THE LAST SEVEN (7) YEARS SUSPENDED WITH NO FORMAL SUPERVISION. DEFENDANT TO PAY $600.00 FINE, $150.00 VCA, PLUS COSTS. SPECIAL RULES AND CONDITIONS FOR SEX OFFENDER ISSUED.

COUNT 2) TWENTY FIVE (25) YEARS WITH THE FIRST EIGHTEEN (18) YEARS IN DEPARTMENT OF CORRECTIONS WITH CREDIT FOR TIME SERVED AND THE LAST SEVEN (7) YEARS SUSPENDED WITH NO FORMAL SUPERVISION. DEFENDANT TO PAY $600.00 FINE, $150.00 VCA, PLUS COSTS.

COUNT 3) TWENTY FIVE (25) YEARS WITH THE FIRST EIGHTEEN (18) YEARS IN DEPARTMENT OF CORRECTIONS WITH CREDIT FOR TIME SERVED AND THE LAST SEVEN (7) YEARS SUSPENDED WITH NO FORMAL SUPERVISION. DEFENDANT TO PAY $600.00 FINE, $150.00 VCA, PLUS COSTS.

COUNT 4) TWENTY FIVE (25) YEARS WITH THE FIRST EIGHTEEN (18) YEARS IN DEPARTMENT OF CORRECTIONS WITH CREDIT FOR TIME SERVED AND THE LAST SEVEN (7) YEARS SUSPENDED WITH NO FORMAL SUPERVISION. DEFENDANT TO PAY $600.00 FINE, $150.00 VCA, PLUS COSTS.

ALL COUNTS TO RUN CONCURRENT WITH EACH OTHER.

DEFENDANT ADVISED OF APPEAL RIGHTS, RULE 8 ISSUED, JUDGEMENT AND SENTENCE ISSUED. COMMITMENT ISSUED.

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 05-13-2014 | COSTF | COURT COSTS ON FELONY | 1 | MASON, JERRY LEON | $ 103.00 |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 05-13-2014 | DACPAF | DA Council Prosecution Assessment for Felony | 1 | MASON, JERRY LEON | $ 25.00 |
| 05-13-2014 | OCISR | Oklahoma Court Information System Revolving Fund | 1 | MASON, JERRY LEON | $ 25.00 |
| 05-13-2014 | SSFCHS | Sheriff's Service Fee For Court House Security | 1 | MASON, JERRY LEON | $ 10.00 |
| 05-13-2014 | MELRF | Medical Expense Liability Revolving Fund | 1 | MASON, JERRY LEON | $ 10.00 |
| 05-13-2014 | CLEET | CLEET PENALTY ASSESSMENT | 1 | MASON, JERRY LEON | $ 9.00 |
| 05-13-2014 | PFE7 | LAW LIBRARY FEE | 1 | MASON, JERRY LEON | $ 6.00 |
| 05-13-2014 | FOREN | Forensic Science Improvement Assessment | 1 | MASON, JERRY LEON | $ 5.00 |
| 05-13-2014 | SSF | SHERIFF'S SERVICE FEE ON ARRESTS | 1 | MASON, JERRY LEON | $ 5.00 |
| 05-13-2014 | AFIS | AFIS Fee | 1 | MASON, JERRY LEON | $ 5.00 |
| 05-13-2014 | CHAB | C.H.A.B. Statutory Fee | 1 | MASON, JERRY LEON | $ 3.00 |
| 05-13-2014 | AGVSU | Attorney General Victim Services Unit | 1 | MASON, JERRY LEON | $ 3.00 |
| 05-13-2014 | VCA | VICTIMS COMPENSATION ASSESSMENT (AC12) | 1 | MASON, JERRY LEON | $ 150.00 |
| 05-13-2014 | FINE | FINES PAYABLE TO COUNTY | 1 | MASON, JERRY LEON | $ 600.00 |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 05-13-2014 | CCADMIN | Court Clerk Administrative Fee on Collections | 1 | MASON, JERRY LEON | $ 7.00 |
| 05-13-2014 | COSTF | COURT COSTS ON FELONY | 2 | MASON, JERRY LEON | $ 103.00 |
| 05-13-2014 | DACPAF | DA Council Prosecution Assessment for Felony | 2 | MASON, JERRY LEON | $ 25.00 |
| 05-13-2014 | OCISR | Oklahoma Court Information System Revolving Fund | 2 | MASON, JERRY LEON | $ 25.00 |
| 05-13-2014 | SSFCHS | Sheriff's Service Fee For Court House Security | 2 | MASON, JERRY LEON | $ 10.00 |
| 05-13-2014 | MELRF | Medical Expense Liability Revolving Fund | 2 | MASON, JERRY LEON | $ 10.00 |
| 05-13-2014 | CLEET | CLEET PENALTY ASSESSMENT | 2 | MASON, JERRY LEON | $ 9.00 |
| 05-13-2014 | PFE7 | LAW LIBRARY FEE | 2 | MASON, JERRY LEON | $ 6.00 |
| 05-13-2014 | FOREN | Forensic Science Improvement Assessment | 2 | MASON, JERRY LEON | $ 5.00 |
| 05-13-2014 | SSF | SHERIFF'S SERVICE FEE ON ARRESTS | 2 | MASON, JERRY LEON | $ 5.00 |
| 05-13-2014 | AFIS | AFIS Fee | 2 | MASON, JERRY LEON | $ 5.00 |
| 05-13-2014 | CHAB | C.H.A.B. Statutory Fee | 2 | MASON, JERRY LEON | $ 3.00 |
| 05-13-2014 | AGVSU | Attorney General Victim Services Unit | 2 | MASON, JERRY LEON | $ 3.00 |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 05-13-2014 | VCA | VICTIMS COMPENSATION ASSESSMENT (AC12) | 2 | MASON, JERRY LEON | $ 150.00 |
| 05-13-2014 | FINE | FINES PAYABLE TO COUNTY | 2 | MASON, JERRY LEON | $ 600.00 |
| 05-13-2014 | CCADMIN | Court Clerk Administrative Fee on Collections | 2 | MASON, JERRY LEON | $ 7.00 |
| 05-13-2014 | COSTF | COURT COSTS ON FELONY | 3 | MASON, JERRY LEON | $ 103.00 |
| 05-13-2014 | DACPAF | DA Council Prosecution Assessment for Felony | 3 | MASON, JERRY LEON | $ 25.00 |
| 05-13-2014 | OCISR | Oklahoma Court Information System Revolving Fund | 3 | MASON, JERRY LEON | $ 25.00 |
| 05-13-2014 | SSFCHS | Sheriff's Service Fee For Court House Security | 3 | MASON, JERRY LEON | $ 10.00 |
| 05-13-2014 | MELRF | Medical Expense Liability Revolving Fund | 3 | MASON, JERRY LEON | $ 10.00 |
| 05-13-2014 | CLEET | CLEET PENALTY ASSESSMENT | 3 | MASON, JERRY LEON | $ 9.00 |
| 05-13-2014 | PFE7 | LAW LIBRARY FEE | 3 | MASON, JERRY LEON | $ 6.00 |
| 05-13-2014 | FOREN | Forensic Science Improvement Assessment | 3 | MASON, JERRY LEON | $ 5.00 |
| 05-13-2014 | SSF | SHERIFF'S SERVICE FEE ON ARRESTS | 3 | MASON, JERRY LEON | $ 5.00 |
| 05-13-2014 | AFIS | AFIS Fee | 3 | MASON, JERRY LEON | $ 5.00 |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 05-13-2014 | CHAB | C.H.A.B. Statutory Fee | 3 | MASON, JERRY LEON | $ 3.00 |
| 05-13-2014 | AGVSU | Attorney General Victim Services Unit | 3 | MASON, JERRY LEON | $ 3.00 |
| 05-13-2014 | VCA | VICTIMS COMPENSATION ASSESSMENT (AC12) | 3 | MASON, JERRY LEON | $ 150.00 |
| 05-13-2014 | FINE | FINES PAYABLE TO COUNTY | 3 | MASON, JERRY LEON | $ 600.00 |
| 05-13-2014 | CCADMIN | Court Clerk Administrative Fee on Collections | 3 | MASON, JERRY LEON | $ 7.00 |
| 05-13-2014 | COSTF | COURT COSTS ON FELONY | 4 | MASON, JERRY LEON | $ 103.00 |
| 05-13-2014 | DACPAF | DA Council Prosecution Assessment for Felony | 4 | MASON, JERRY LEON | $ 25.00 |
| 05-13-2014 | OCISR | Oklahoma Court Information System Revolving Fund | 4 | MASON, JERRY LEON | $ 25.00 |
| 05-13-2014 | SSFCHS | Sheriff's Service Fee For Court House Security | 4 | MASON, JERRY LEON | $ 10.00 |
| 05-13-2014 | MELRF | Medical Expense Liability Revolving Fund | 4 | MASON, JERRY LEON | $ 10.00 |
| 05-13-2014 | CLEET | CLEET PENALTY ASSESSMENT | 4 | MASON, JERRY LEON | $ 9.00 |
| 05-13-2014 | PFE7 | LAW LIBRARY FEE | 4 | MASON, JERRY LEON | $ 6.00 |
| 05-13-2014 | FOREN | Forensic Science Improvement Assessment | 4 | MASON, JERRY LEON | $ 5.00 |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 05-13-2014 | SSF | SHERIFF'S SERVICE FEE ON ARRESTS | 4 | MASON, JERRY LEON | $ 5.00 |
| 05-13-2014 | AFIS | AFIS Fee | 4 | MASON, JERRY LEON | $ 5.00 |
| 05-13-2014 | CHAB | C.H.A.B. Statutory Fee | 4 | MASON, JERRY LEON | $ 3.00 |
| 05-13-2014 | AGVSU | Attorney General Victim Services Unit | 4 | MASON, JERRY LEON | $ 3.00 |
| 05-13-2014 | VCA | VICTIMS COMPENSATION ASSESSMENT (AC12) | 4 | MASON, JERRY LEON | $ 150.00 |
| 05-13-2014 | FINE | FINES PAYABLE TO COUNTY | 4 | MASON, JERRY LEON | $ 600.00 |
| 05-13-2014 | CCADMIN | Court Clerk Administrative Fee on Collections | 4 | MASON, JERRY LEON | $ 7.00 |
| 05-15-2014 | CNOTE | DEFENDANT IN DOC CUSTODY AND GIVEN 2 WEEKS TO MAKE A PAYMENT PLAN UPON RELEASE | | MASON, JERRY LEON | |
| 05-15-2014 | RULE8 | Order Of The Court - Rule 8 Hearing *Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 05-15-2014 | R&C | Rules & Conditions Of Probation *Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 05-16-2014 | J&S | Judgment and Sentence *Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | 1 | MASON, JERRY LEON | |
| 05-16-2014 | RETCP | Return Commitment For Punishment *Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 05-16-2014 | PGSF | Plea Of Guilty - Summary Of Facts *Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 05-19-2014 | LT | Letter<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 05-20-2014 | MOWDP | Motion To Withdraw Plea<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 05-21-2014 | CTFREE | JUDGE TOM GILLERT: COURT SIGNED ORDER FOR MOTION TO WITHDRAW PLEA; HEARING SET FOR 6/16/2014 AT 3:00 PM ROOM 406. COMMITMENT ISSUED TO BRING DEFENDANT. | | MASON, JERRY LEON | |
| 05-21-2014 | LT | Letter<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 05-27-2014 | J&S | Judgment and Sentence<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | 3 | MASON, JERRY LEON | |
| 05-27-2014 | J&S | Judgment and Sentence<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | 4 | MASON, JERRY LEON | |
| 05-27-2014 | J&S | Judgment and Sentence<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | 2 | MASON, JERRY LEON | |
| 05-28-2014 | RETCO | Return Commitment<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 05-29-2014 | TEXT | TRANSCRIPT OF HEARING ON 2-1-2013 RETURNED ON 5-29-2014 | | MASON, JERRY LEON | |
| 06-02-2014 | OH | ORDER FOR HEARING<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 06-10-2014 | EAA | ENTRY OF APPEARANCE<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 06-11-2014 | CTFREE | JUDGE TOM GILLERT ; MOTION TO WITHDRAW PLEA RESET TO 6/12/2014 AT 9:30 AM ROOM 406. DEPUTY NOTIFIED. | | MASON, JERRY LEON | |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 06-12-2014 | CTFREE | JUDGE TOM GILLERT: DEFENDANT PRESENT IN CUSTODY REPRESENTED BY MATTHEW DAY AND ISAIAH PARSONS. STATE REPRESENTED BY NALANI CHING. COURT REPORTER JANA HARRINGTON. CASE CALLED FOR MOTION HEARING TO WITHDRAW PLEA. PARTIES DID NOT ENVOKE THE RULE. DEFENSE CALLED ONE WITNESS. STATE CALLED TWO WITNESSES. BOTH PARTIES MADE ARGUMENT. COURT OVERULED THE MOTION TO WITHDRAW PLEA. DEFENDANT ADVISED OF APPEAL RIGHTS. DEFENDANT REMANDED TO CUSTODY. | | MASON, JERRY LEON | |
| 06-17-2014 | RETRL | Return Release<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 06-25-2014 | APLI | APPLICATION for determination of indigence<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 06-25-2014 | NOAPP | Notice Of Intent To Appeal<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 06-25-2014 | TEXT | designation of record for appeal form district court<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 07-01-2014 | TEXT | determination of indigence<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 07-02-2014 | RETJS$ | Return Judgment & Sentence<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | $ 50.00 |
| 07-02-2014 | OCISR | Oklahoma Court Information System Revolving Fund | | MASON, JERRY LEON | $ 25.00 |
| 07-11-2014 | CAP | Certificate Of Appeal - #C-2014-576<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 08-01-2014 | MO | Motion TO DISMISS APPEAL FOR LACK OF JURISDICTION<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 08-11-2014 | LT | Letter<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 08-11-2014 | MOD | Motion To Dismiss appeal for lack jurisciction<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 08-14-2014 | APLI | APPLICATION FOR POST CONVICTION RELIEF<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 09-11-2014 | NNCRA | Notice Of Non-Completion - Record On Appeal<br><br>Have not received the following transcripts;<br>1) Hearing for June 12, 2014,<br>2) Sentencing for May 13, 2014,<br><br>Copies to: Court Of Criminal Appeals, District Attorney, Attorney General and OKLAHOMA INDIGENT DEFENSE SYSTEM.<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 09-11-2014 | AFD | AFFIDAVIT<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 10-02-2014 | O | Order Dismissing appeal<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 10-08-2014 | RESP | Response to petitioners application for post conviciton relief<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 10-20-2014 | CTFREE | JUDGE TOM GILLERT: COURT SIGNED ORDER REMCOMMENDING PETITIONERS BE DENIED AN APPEAL OUT OF TIME. | | MASON, JERRY LEON | |
| 11-03-2014 | O | Order recommending petitioner be denied an appeal out of time<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |
| 11-20-2014 | LT | Letter<br>*Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office* | | MASON, JERRY LEON | |

# IN THE COURT OF CRIMINAL APPEALS
## OF THE STATE OF OKLAHOMA

FILED
IN COURT OF CRIMINAL APPEALS
STATE OF OKLAHOMA

SEP 29 2014

MICHAEL S. RICHIE
CLERK

THE CLERK SHALL ENTER THE FOLLOWING ORDERS OF THE COURT:

| | | |
|---|---|---|
| 1 | **C-2014-0426**<br>**Atoka County**<br>**Case Nos. CF-2013-112**<br>**and CM-2010-132**<br>**Honorable Paula Inge,**<br>**District Judge** | **JERRY ROBERT ANSLEY, JR. v. STATE OF OKLAHOMA** |

RECEIVED

SEP 29 2014

ATTORNEY GENERAL

## ORDER DISMISSING CERTIORARI APPEAL

Appellant requests that this appeal be dismissed and submits a properly executed affidavit as required by Rule 3.12(B)(2), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2014). Appellant requests that the prosecution of the appeal cease, and acknowledges that once dismissed, the appeal cannot be reinstated. Appellant's certiorari appeal is **DISMISSED**. Pursuant to Rule 3.15, *Id.*, the **MANDATE** is **ORDERED** issued upon the delivery and filing of this decision.

CONCUR: Lewis, P.J.; Smith, V.P.J.; Lumpkin, J.; A. Johnson, J.

| | | |
|---|---|---|
| 2 | **HB-2014-0793**<br>**Tulsa County**<br>**Case No. CF-2013-941**<br>**Honorable William J. Musseman**<br>**District Judge** | **IN RE: HABEAS CORPUS OF PHILLIP HUDSON, JR. v. STATE OF OKLAHOMA** |

## ORDER DECLINING JURISDICTION

Petitioner's request for extraordinary relief was denied by the District Court in an order filed August 8, 2014. Petitioner's request for extraordinary relief filed with this Court was due for filing with this Court on or before September 7, 2014, but was not filed until September 15, 2014. Petitioner failed to file the request for extraordinary relief with the Clerk of this Court within thirty (30) days from the filing date of the District Court's order as required by Rule 10.1(C), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2014). Petitioner's request was not timely filed. The Court **DECLINES** jurisdiction and **DISMISSES** this matter.

CONCUR: Lewis, P.J.; Smith, V.P.J.; Lumpkin, J.; A. Johnson, J.

| | | |
|---|---|---|
| 3 | **C-2014-576**<br>**Tulsa County**<br>**Case No. CF-2012-4414**<br>**Honorable Tom Gillert**<br>**District Judge** | **JERRY LEON MASON v. STATE OF OKLAHOMA** |



EXHIBIT
4

## ORDER DISMISSING APPEAL

Petitioner did not file the Notice of Intent to Appeal and Designation of Record in the District Court within ten (10) days of the date the judgment and sentence was imposed as required by this Court's Rule 2.5(A), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2014). Filing of the Notice of Intent to Appeal and Designation of Record is jurisdictional, and failure to timely file constitutes waiver of the right to appeal. Petitioner's appeal is **DISMISSED.** If Petitioner feels he has been denied an appeal through no fault of his own, he may seek the appropriate relief with the District Court. *See*, Rule 2.1(E)(1), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2014). Issuance of this order concludes proceedings before this Court.

CONCUR: Lewis, P.J.; Smith, V.P.J.; Lumpkin, J.; A. Johnson, J.

4      PC-2014-788                    **EUGENE T. FOUST v. STATE OF OKLAHOMA**
       **Tulsa County**
       **Case No. CF-1988-518**
       **Honorable Tom Gillert**
       **District Judge**
                          ### ORDER DECLINING JURISDICTION

Petitioner's request for post conviction relief was denied by the District Court in an order filed August 12, 2014. Petitioner's Petition in Error should have been filed with this Court on or before September 11, 2014, but was not filed until September 12, 2014. Petitioner failed to timely file the Petition in Error with the Clerk of this Court within thirty (30) days from the filing date of the District Court's final order. *See*, Rule 5.2(C)(2), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2014). The Court **DECLINES** jurisdiction and **DISMISSES** this matter. If Petitioner feels he has been denied a post-conviction appeal through no fault of his own, he may seek the appropriate relief with the District Court. *See*, Rule 2.1(E)(3), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2014).

CONCUR: Lewis, P.J.; Smith, V.P.J.; Lumpkin, J.; A. Johnson, J.

5      PC-2014-789                    **EUGENE T. FOUST v. STATE OF OKLAHOMA**
       **Tulsa County**
       **Case No. CF-1988-606**
       **Honorable Tom Gillert**
       **District Judge**
                          ### ORDER DECLINING JURISDICTION

Petitioner's request for post conviction relief was denied by the District Court in an order filed August 12, 2014. Petitioner's Petition in Error should have been filed with this Court on or before September 11, 2014, but was not filed until September 12, 2014. Petitioner

failed to timely file the Petition in Error with the Clerk of this Court within thirty (30) days from the filing date of the District Court's final order. *See*, Rule 5.2(C)(2), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2014). The Court **DECLINES** jurisdiction and **DISMISSES** this matter. If Petitioner feels he has been denied a post-conviction appeal through no fault of his own, he may seek the appropriate relief with the District Court. *See*, Rule 2.1(E)(3), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2014).

CONCUR: Lewis, P.J.; Smith, V.P.J.; Lumpkin, J.; A. Johnson, J.

| | | |
|---|---|---|
| 6 | C-2014-647<br>Cleveland County<br>Case No. CF-2012-1888<br>Honorable Lori Walkley<br>District Judge | **CHELSEA NICOLE HURST v. STATE OF OKLAHOMA** |

### ORDER DISMISSING APPEAL

Petitioner did not file the Notice of Intent to Appeal and Designation of Record in the District Court within ten (10) days of the date the judgment and sentence was imposed as required by this Court's Rule 2.5(A), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2014). Filing of the Notice of Intent to Appeal and Designation of Record is jurisdictional, and failure to timely file constitutes waiver of the right to appeal. Petitioner's appeal is **DISMISSED**. If Petitioner feels she has been denied an appeal through no fault of her own, she may seek the appropriate relief with the District Court. *See*, Rule 2.1(E)(1), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2014). Issuance of this order concludes proceedings before this Court.

CONCUR: Lewis, P.J.; Smith, V.P.J.; Lumpkin, J.; A. Johnson, J.

| | | |
|---|---|---|
| 7 | OD-2014-711<br>Stephens County<br>Case Nos. CF-2012-293<br>and CF-2013-92<br>Honorable Dennis L. Gay<br>Associate District Judge | **CARLOS RAY JOY v. STATE OF OKLAHOMA** |

### ORDER DISMISSING APPEAL

Petitioner did not file the Notice of Appeal in the District Court within ten (10) days of the date the order of detention was imposed as required by this Court's Rule 8.8(C), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2014). Filing of the Notice of Appeal is jurisdictional, and failure to timely file constitutes waiver of the right to appeal. Petitioner's appeal is **DISMISSED**. If Petitioner feels he has been denied an appeal through no fault of his own, he may seek the appropriate relief with the District Court. *See*, Rule

2.1(E)(1), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2014). Issuance of this order concludes proceedings before this Court.

CONCUR: Lewis, P.J.; Smith, V.P.J.; Lumpkin, J.; A. Johnson, J.

| | | |
|---|---|---|
| 8 | MA-2014-736<br>Oklahoma County<br>Case No. CF-2009-2615<br>Honorable Jerry Bass<br>District Judge | **MARTRELL D. POLIN v. DISTRICT COURT<br>OF OKLAHOMA COUNTY** |

### ORDER DISMISSING REQUEST AS MOOT

On September 11, 2014, the District Court fully adjudicated Petitioner's complaints regarding the pending matters in this case. Petitioner's request for a Writ of Mandamus is therefore **MOOT** and is **DISMISSED**.

CONCUR: Lewis, P.J.; Smith, V.P.J.; Lumpkin, J.; A. Johnson, J.

| | | |
|---|---|---|
| 9 | MA-2014-799<br>Tulsa County<br>Case No. CF-2000-5424<br>Honorable William Musseman<br>District Judge | **ALVIS C. HIGGINS v. STATE OF<br>OKLAHOMA** |

### ORDER DISMISSING REQUEST AS MOOT

On August 13, 2014, the District Court fully adjudicated Petitioner's complaints regarding the pending matters in this case. Petitioner's request for a Writ of Mandamus is therefore **MOOT** and is **DISMISSED**.

CONCUR: Lewis, P.J.; Smith, V.P.J.; Lumpkin, J.; A. Johnson, J.

**IT IS SO ORDERED.**

**WITNESS MY HAND AND THE SEAL OF THIS COURT** this _29th_ _____ day of _September_ _____, 2014.

_____
**DAVID B. LEWIS, Presiding Judge**

ATTEST:

_____
Clerk



# IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
## STATE OF OKLAHOMA

STATE OF OKLAHOMA,      )
     )
         Plaintiff,      )
     )      **Case No. CF-2012-4414**
vs.      )
     )      **Judge Gillert**
JERRY LEON MASON,      )
     )
         Defendant.      )

DISTRICT COURT
**F I L E D**

AUG 1 4 2014

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

## APPLICATION FOR POST-CONVICTION RELIEF

The Defendant, Jerry Mason, whom is presently in custody, hereby applies for relief under the Post-Conviction Procedure Act, Section 1080 et seq. of Title 22.

The sentence from which Jerry Mason seeks relief is from the Tulsa County District Court case CF-2012-4414. Mr. Mason was sentenced on May 13, 2014 after entering a plea of Nolo Contendere for:

| Crime(s) | Statute(s) | Sentence |
|---|---|---|
| Rape – 1st Degree | 21 O.S. § 1115 | 25 years – 18 DOC/7 suspended |
| Burglary – 1st Degree | 21 O.S. § 1431 | 25 years – 18 DOC/7 suspended |
| Rape – 1st Degree | 21 O.S. § 1115 | 25 years – 18 DOC/7 suspended |
| Forcible Sodomy | 21 O.S. § 888 | 25 years – 18 DOC/7 suspended |

The sentences were ordered to run concurrently with each other before the presiding Judge Gillert. Mr. Mason was represented by the Tulsa County Public Defender at the time of his plea.

On May 20, 2014, Mr. Mason filed a motion to withdraw his plea. Mr. Mason's family hired counsel (Isaiah Parsons and Matthew Day) and a hearing on the motion to

# ORIGINAL



**EXHIBIT**
**5**

withdraw Mr. Mason's plea was conducted. The court denied Mr. Mason's motion to withdraw his plea on June 12, 2014.

Mr. Mason filed his notice of intent to appeal and designation of record on June 25, 2014. Mr. Mason was given appellate case number C-2014-576. However, the notice of intent to appeal was filed outside of the ten days that Rule 4.2 of the Rules of the Court of Criminal Appeals requires.

Mr. Mason believes that he has a proposition for relief from the conviction and sentence previously described. His proposition is that he was unable to make a decision on whether to appeal in the requisite short amount of time. Mr. Mason was not given adequate time to determine whether to appeal. Mr. Mason's attorney visited him within the ten days required, and Mr. Mason was unable to make up my mind at that time. Mr. Mason ultimately wanted to appeal the case.

Mr. Mason hereby applies to have counsel appointed to represent him. He believes he is entitled to relief. Furthermore, Mr. Mason does not possess any money or property.

Isaiah Parsons, OBA #31181
For Defendant, Jerry Mason

Matthew Day, OBA #31033
For Defendant, Jerry Mason
525 South Main Street, Suite 312
Tulsa, Oklahoma 74103
Telephone: (918) 307-1529

Certified copy to Defendant



# IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
## STATE OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA, | ) | |
| Plaintiff, Respondent, | ) | |
| | ) | Case No.    CF-2012-4414 |
| vs. | ) | Judge Gillert |
| JERRY LEON MASON, | ) | |
| Defendant, Petitioner. | ) | |

**DISTRICT COURT**
**F I L E D**

NOV 0 3 2014

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

## ORDER RECOMMENDING PETITIONER BE DENIED AN APPEAL OUT OF TIME

This matter comes on for consideration of the Petitioner's "Application for Post-Conviction Relief" wherein the Petitioner requests an appeal out of time. The Court has reviewed the Petitioner's Application, the State's Response thereto, and the docket sheet in this matter. The Court being fully advised in the premises and concerns finds as a matter of facts and conclusions of law as follows:

The matter under consideration does not present any genuine issue of material fact requiring a formal hearing with the presentation of witnesses and the taking of testimony. *Johnson v. State*, 1991 OK CR 124, 823 P.2d 370. The matter will therefore be decided based on the records the Court has stated it has reviewed.

## HISTORY OF PETITIONER'S CASE

Petitioner was charged by an information filed in the District Court on October 3, 2012 with the following offenses:

1) Rape-1st Degree

2) Burglary-First Degree

ORIGINAL


EXHIBIT
6

3) Rape-1st Degree

4) Rape-1st Degree

On May 13, 2014 the Petitioner was present, in open court, and represented by Brian Rayl with the Public Defender's Office. The Petitioner was sworn in open court, entered pleas on nolo contendere to counts one (1), two (2), and three (3) as filed as well as count four (4) which had been amended to the offense of forcible sodomy. The Petitioner waived his right to jury and non-jury trial. The Court accepts the Petitioner's pleas of guilty and found the defendant guilty in each count. The Court sentenced the Petitioner in each of count one (1), two (2), three (3), and (4) to twenty five years, with the first eighteen (18) years to be served in the Department of Corrections, and the last seven years to be suspended. Additionally, the Court imposed a $600.00 fine in count.

The court ordered each of the counts to run concurrent with the other. The Petitioner was advised of his appeal rights. On May 20, 2014 the Petitioner filed a "Motion to Withdraw Plea." On May 21, 2014 the Court signed an Order setting the Motion to Withdraw Plea for hearing on June 16, 2014. On June 11, 2014 the Court reset the hearing on the Petitioner's Motion to Withdraw Plea to June 12, 2014. On June 12, 2014, the Petitioner was present in open court and represented by Matthew Day and Isaiah Parsons. The Petitioner's case was called for hearing on his Motion to Withdraw Plea. A hearing was held where the defense presented the testimony of one witness, and the state presented the testimony of two witnesses. After parties rested, and hearing the argument of both parties, the court overruled the motion to withdraw plea. The Petitioner was advised of his appeal rights.

On June 25, 2014 the Petitioner filed an "Application for Determination of Indigence" and a "Designation of Record for Appeal From District Court." On July 11, 2014 the Petitioner was granted certificate of appeal number C-2014-576. On August 14, 2014 the Petitioner filed an "Application for Post-Conviction Relief" in the District Court. On October 2, 2014 the District Court filed an "Order Declining Jurisdiction" from the Oklahoma Court of Criminal Appeals.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

In Petitioner's "Application for Post-Conviction Relief" the Petitioner states that while his "...notice of intent to appeal was filed outside of the ten days that Rule 4.2 of the Rules of the Court of Criminal Appeals requires..." this was due to Petitioner's inability to make the decision to appeal "...in the requisite short amount of time." Petitioner further argues he was "...not given adequate time to determine whether to appeal..." and was unable to "...make up (his) mind..."

The Court finds that Petitioner's indecision over whether to appeal from this court's denial of his Motion to Withdraw Plea does not constitute a unique circumstance such as to warrant the granting of an appeal out of time. The Petitioner was aware of the time period within which he was required to commence an appeal. Since there are no facts to show that the Petitioner was denied an appeal through no fault of his own, the Court recommends that the Petitioner's request for an appeal out of time be denied.

IT IS THEREFORE the recommendation of the Court that the Petitioner's request for an appeal out of time be denied.

SO ORDERED this _____ 2·0 _____ day of

# Briefs, Responses, Replies, etc.
4:15-cv-00167-GKF-TLW Mason v. McCollum

## U.S. District Court

## U.S. District Court for the Northern District of Oklahoma

## Notice of Electronic Filing

The following transaction was entered by Slayton, Diane on 6/26/2015 at 12:15 PM CDT and filed on 6/26/2015

| | |
|---|---|
| **Case Name:** | Mason v. McCollum |
| **Case Number:** | 4:15-cv-00167-GKF-TLW |
| **Filer:** | Tracy McCollum |
| **Document Number:** | 11 |

**Docket Text:**
**RESPONSE in Opposition to Motion (Re: [3] Amended PETITION for Writ of Habeas Corpus - 2254 ) by Tracy McCollum ; (With attachments) (Slayton, Diane)**


**4:15-cv-00167-GKF-TLW Notice has been electronically mailed to:**

Diane L Slayton     fhc.docket@oag.ok.gov, diane.slayton@oag.ok.gov

**4:15-cv-00167-GKF-TLW Notice has not been electronically mailed to:**

Jerry Leon Mason
#124786
Oklahoma State Reformatory
PO BOX 514
GRANITE, OK 73547

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=6/26/2015] [FileNumber=1706062-0
] [cd2a6490afc89be0709b792a6b475596110c03d7ca2df3b19953d896105634e2d7a
914457b4504488ed174237a5861b25cb0e4ab494c321937dd2ccbdbc771d9]]
**Document description:**Exhibit 1 - Plea of Guilty - Summary of Facts
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=6/26/2015] [FileNumber=1706062-1
] [bf7674edb0cc53ae00e8580c2b7abac461c1b78c31e2c0f4ff695074156c3038f49
137421df8d65c071d57cd89afa910aef7cf1e850a030c9d9978baa14c0e5d]]
**Document description:**Exhibit 2 - Tulsa County Case CF-2012-4414, docket sheet
**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=6/26/2015] [FileNumber=1706062-2
] [c22994c177651227856292290ce6d19fefd57acec3a11c91a15025fd146d974d310
fcb8ff0204444b37da7cd04e22c9e26b0ef4dee5566e26dc42d623550faac]]
**Document description:**Exhibit 3 - Motion to Dismiss Appeal
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=6/26/2015] [FileNumber=1706062-3
] [42744a0b05abb190068ec8ce2a285a2966294bf1337aae33a76be264a6fc6eea34b
a90259aefd9a97e6c30cb14c4dc78b339c67143cc062024922814df8109e3]]
**Document description:**Exhibit 4 - Order Dismissing Appeal
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=6/26/2015] [FileNumber=1706062-4
] [0cf61393ccf4d87f6a5459f88cec08ecb219a35559d2659aa61745ed96060117ab4
db80e48cbab0e365fc4e5bf49bf18936b3190274f6d0ad7e98653a819abf7]]
**Document description:**Exhibit 5 - Application for PC Relief
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=6/26/2015] [FileNumber=1706062-5
] [6f937597de23eccc16eeb427ba6a47efd3821249f1b7adc4fc112da941bdb6c6a98
7518d056549751e8bdd46a6721e19b52d0d71ab801aaac4908d281789e351]]
CMECF.widgit.ProcessingWindowDestroy() ONG>Document description:Exhibit 6 - Order
Recommending Petition be Denied an Appeal Out of Time
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=6/26/2015] [FileNumber=1706062-6
] [2a290871edd79845fd6e2bad1d12688731dc8a7b215cc0fed4e1a42e9e337b8204a
2021b49653a6b080313b0000bceb8177b9d19d3013275d2484e5ccce074fc]]

concurrently, with the last seven years of the sentence to be suspended.

3.    A Motion to Withdraw Plea was filed May 20, 2014, and denied on June 12, 2014.

4.    The written Notice of Intent to Appeal and Designation of Record were filed in the district court on June 25, 2014, and in this Court on July 3, 2014. These documents were due to be filed no later than June 23, 2014, due to the weekend.

5.    The Oklahoma Indigent Defense System was appointed to represent Mr. Mason in his appeal on June 30, 2014.

Because the Notice of Intent to Appeal and Designation of Record were not timely filed in the district court, this Court is requested to dismiss the appeal in this case, without prejudice to any legal issues that may be raised should an appeal out of time be sought and granted.

Respectfully Submitted,

Cindy Danner
OBA # 12583
Chief, General Appeals Division
Oklahoma Indigent Defense System
PO Box 926
Norman, OK 73070-0926
(405)801-2727

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

_Jerry Lean Mason_
### Plaintiff/Petitioner

vs.

_State of Oklahoma_

Case Number: 15-CV-167-GKF-TLW
(To be supplied by Court Clerk)

### Defendant(s)/Respondent(s)

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

I, _Jerry Lean Mason_ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration. _O.S.R._

    Are you employed at the institution? _no_ Do you receive any payment from the institution? _no_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
    | e. | Gifts or inheritances | ☐ Yes | ☑ No |
    | f. | Any other sources | ☐ Yes | ☑ No |

RECEIVED

APR 14, 2015

Oklahoma State Reformatory
Trust Fund
_Deborah Adams_

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☑ No

   If "Yes," state the total amount. _____N/A_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☑ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

_____4-13-15_____                    _____Jerry Mason_____
         Date                              Signature of Applicant

**NOTICE TO PRISONER:** In addition to the foregoing statement of all assets, a prisoner seeking to proceed without prepayment of fees shall submit the attached "Statement of Institutional Accounts," completed and signed by an appropriate institutional officer. A prisoner is also required to attach a ledger sheet for each institutional account showing all receipts, expenditures, and balances for the last 6-month period.

RECEIVED

APR 1 4, 2015

Oklahoma State Reformatory
Trust Fund
Deborah Adams

## STATEMENT OF INSTITUTIONAL ACCOUNTS

I hereby state that on ___14th___ day of ___April___, 20 ___15___ this prisoner had $ ___123.84___ in his/her draw account and $ ___18.01___ in his/her savings account.

A ledger sheet for this prisoner's trust account (or institutional equivalent) for the preceding six month period, or for the entire period of confinement if less than six months, is attached.

___4-14-15___
Date

_Deborah Adams_
Authorized Prison Official

_Accounting Technician III /_
_Trust Fund Officer_
Title

RECEIVED

APR 1 4 , 2015

Oklahoma State Reformatory
Trust Fund

_Deborah Adams_

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Jerry Lean Mason
_____
Plaintiff/Petitioner

vs.

State of Oklahoma
_____
Defendant(s)/Respondent(s)

Case Number: 15-CV-167-GKF-TLW
(To be supplied by Court Clerk)

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

I, Jerry Lean Mason declare that I am the (check appropriate box)

[✓] petitioner/plaintiff/movant      [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?      [✓] Yes      [ ] No      (If "No," go to Part 2)

   If "Yes," state the place of your incarceration.   O.S.R.

   Are you employed at the institution? NO   Do you receive any payment from the institution? no

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?      [ ] Yes      [✓] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment      [ ] Yes      [✓] No
   b. Rent payments, interest or dividends                [ ] Yes      [✓] No
   c. Pensions, annuities or life insurance payments       [ ] Yes      [✓] No
   d. Disability or workers compensation payments          [ ] Yes      [✓] No
   e. Gifts or inheritances                               [ ] Yes      [✓] No
   f. Any other sources                                   [ ] Yes      [✓] No

RECEIVED
APR 14, 2015
Oklahoma State Reformatory
Trust Fund
Deborah Adams

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☑ No

   If "Yes," state the total amount. _____ N/A _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other
   thing of value? ☐ Yes ☑ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

_4-13-15_
Date

_Jerry Mason_
Signature of Applicant

**NOTICE TO PRISONER:** In addition to the foregoing statement of all assets, a prisoner seeking to proceed without prepayment of fees shall submit the attached "Statement of Institutional Accounts," completed and signed by an appropriate institutional officer. A prisoner is also required to attach a ledger sheet for each institutional account showing all receipts, expenditures, and balances for the last 6-month period.

RECEIVED

APR 14, 2015

Oklahoma State Reformatory
Trust Fund

_Deborah Adams_

# OFFENDER'S REQUEST FOR DISBURSEMENT OF LEGAL COSTS

1-2-18

I, _Jerry Mason_ , _121926_ , request the following for the
(Print Name)        (DOC Number)

purpose of securing legal redress per OP-030115

_____ copies of the attached document, □ Legal Documents □ Legal Resource Center

_Federal Petition in Error - Northern District_

(Description)

_____ copies of each of the _____ originals.

Total copies requested _____ x 25¢ each page:    _____

_____ #10 plain white envelope(s), no return address, at 10¢ each    _____

_1_ Manila envelope(s), at 25¢ each    _.25_

_1_ First class postage    _1.40_

_____ Certified services to document initial filing in court    _____

_____ Printing from computers at 25¢ per page    _____

_____ Notary service, at $1.00 per notarization    _____

### DISBURSEMENT TOTAL - $ _1.65_

I understand that in accordance with OP-030115, I will be charged for the above amounts and that this is also a request for disbursement of funds from my trust fund draw account. If I do not have enough funds to cover the costs related to court-imposed or rule-imposed deadlines, the amount will be collected as soon as funds become available.

_Jerry Mason 4-1-15_                     _4/1/15  10:30_
Offender's Signature/Date/Time            Law Library Supervisor's Signature/Date/Time.
*********************************************************************

Date the requested services/items were provided: _____     _4-1_

Date the requested services/times were rejected and, if applicable, material returned to the requesting offender. If rejected, state why for each service/item: _____

_PB Little_                              _4/6/15 - 10:30_
Law Library Supervisor Signature          Date/Time
*********************************************************************

Trust Fund Officer: $_____    Withdrawn from trust fund draw account

$_____    Balance due, to be collected as soon as funds become available in trust fund draw account (account debited) _4-7-15_

_____              _4-7-15_
Signature of Trust Fund Officer           Date/Time

Original:    Trust Fund Officer
1st Copy:    Offender
2nd Copy:    Law Library Files

DOC 030115A (R 1/15)

## OFFENDER'S REQUEST FOR DISBURSEMENT OF LEGAL COSTS

I, _Jerry Mason_ , _1247286_, request the following for the
      (Print Name)       (DOC Number)

purpose of securing legal redress per OP-030115:

_____ copies of the attached document, □ Legal Documents □ Legal Resource Center

_Habeas corpus in ted states district court_
(Description)

_____ copies of each of the _____ originals.

      Total copies requested _____ x 25¢ each page:    _____

_____   #10 plain white envelope(s), no return address, at 10¢ each   _____

_1_   Manila envelope(s), at 25¢ each    _.25_

_1_   First class postage    _1.82_

_____   Certified services to document initial filing in court   _____

_____   Printing from computers at 25¢ per page   _____

_____   Notary service, at $1.00 per notarization   _____

        DISBURSEMENT TOTAL - $ _2.07_

I understand that in accordance with OP-030115, I will be charged for the above amounts and that this is also a request for disbursement of funds from my trust fund draw account. If I do not have enough funds to cover the costs related to court-imposed or rule-imposed deadlines, the amount will be collected as soon as funds become available.

_Jerry Mason 4-13-15_      _FDL 4/13/15 - 12:40_
Offender's Signature/Date/Time      Law Library Supervisor's Signature/Date/Time
**************************************************************************

Date the requested services/items were provided: _____   _FAS 4/14/15_

Date the requested services/times were rejected and, if applicable, material returned to the requesting offender. If rejected, state why for each service/item: _____

_____   _4/15/15 - 7:30_
Law Library Supervisor Signature      Date/Time
**************************************************************************

Trust Fund Officer: $_____07_   Withdrawn from trust fund draw account

      $_____   Balance due, to be collected as soon as funds become available in trust fund draw account (account debited)

_____   _____
Signature of Trust Fund Officer      Date/Time

Original:   Trust Fund Officer
1st Copy:   Offender
2nd Copy:   Law Library Files            DOC 030115A (R 1/15)

# OFFENDER'S REQUEST FOR DISBURSEMENT OF LEGAL COSTS

D-2-18

I, _Jerry Mason_, _124786_, request the following for the
   (Print Name)     (DOC Number)
purpose of securing legal redress per OP-030115:

_____ copies of the attached document, □ Legal Documents □ Legal Resource Center

_Federal Petition In Error - Northern District_
(Description)

_____ copies of each of the _____ originals.

          Total copies requested _____ x 25¢ each page:   _____

_____ #10 plain white envelope(s), no return address, at 10¢ each   _____

_1_    Manila envelope(s), at 25¢ each          .25

_1_    First class postage              1.40

_____ Certified services to document initial filing in court   _____

_____ Printing from computers at 25¢ per page   _____

_____ Notary service, at $1.00 per notarization   _____

                    **DISBURSEMENT TOTAL - $** _1.65_

I understand that in accordance with OP-030115, I will be charged for the above amounts and that this is also a request for disbursement of funds from my trust fund draw account. If I do not have enough funds to cover the costs related to court-imposed or rule-imposed deadlines, the amount will be collected as soon as funds become available.

_Jerry Mason B-1-15_        _Fuell 4/1/15 12:30_
Offender's Signature/Date/Time      Law Library Supervisor's Signature/Date/Time
************************************************************************

Date the requested services/items were provided: _____   _4/6/15_

Date the requested services/times were rejected and, if applicable, material returned to the requesting offender. If rejected, state why for each service/item: _____

_Fuell_           _4/6/15 - 10:30_
Law Library Supervisor Signature        Date/Time
************************************************************************

Trust Fund Officer: $_1.65_     Withdrawn from trust fund draw account

         $_____     Balance due, to be collected as soon as funds become available in trust fund draw account (account debited) _4-7-15_

_D. Adams_
Signature of Trust Fund Officer         Date/Time

Original:    Trust Fund Officer
1st Copy:   Offender
2nd Copy:   Law Library Files             DOC 030115A (R 1/15)

**OFFENDER'S REQUEST FOR DISBURSEMENT OF LEGAL COSTS**   D-2-18

I, _Jerry Mason_, _124786_, request the following for the
  (Print Name)          (DOC Number)

purpose of securing legal redress per OP-030115:

_____ copies of the attached document, □ Legal Documents □ Legal Resource Center

_Habeus Corpus united States District Court_
(Description)

_____ copies of each of the _____ originals.

Total copies requested _____ x 25¢ each page:      _____

_____   #10 plain white envelope(s), no return address, at 10¢ each   _____

_1_   Manila envelope(s), at 25¢ each                          .25

_1_   First class postage                                     1.82

_____   Certified services to document initial filing in court   _____

_____   Printing from computers at 25¢ per page              _____

_____   Notary service, at $1.00 per notarization            _____

**DISBURSEMENT TOTAL - $** _2.07_

I understand that in accordance with OP-030115, I will be charged for the above amounts and that this is also a request for disbursement of funds from my trust fund draw account. If I do not have enough funds to cover the costs related to court-imposed or rule-imposed deadlines, the amount will be collected as soon as funds become available.

_Jerry Mason 4-13-15 12:30 p.m_      _PJL 4/13/15 - 12:40_
Offender's Signature/Date/Time       Law Library Supervisor's Signature/Date/Time

*************************************************************************

Date the requested services/items were provided: _____   _KAS 4/14/15_

Date the requested services/times were rejected and, if applicable, material returned to the requesting offender. If rejected, state why for each service/item: _____

_PJL_                          _4/15/15 · 7:30_
Law Library Supervisor Signature          Date/Time

*************************************************************************

Trust Fund Officer: $ _7.07_   Withdrawn from trust fund draw account

$ _____   Balance due, to be collected as soon as funds become available in trust fund draw account (account debited) _4·16·15_

_DG_                          _4·16·15_
Signature of Trust Fund Officer          Date/Time

Original:   Trust Fund Officer
1st Copy:   Offender
2nd Copy:   Law Library Files                    DOC 030115A (R 1/15)

DEPARTMENT OF CORRECTIONS

REQUEST FOR DISBURSEMENT

No. 0-2-18

PAYEE: United State District Court for The
Northern District of Oklahoma
333 west fourth street Room 411

AUTHORIZED BY:

☑ TRUST FUND OFFICER

☐ CANTEEN OFFICER

☐ PETTY CASH OFFICER

SIGNATURE _____

DATE _____ 20____

CASHIER _____

CHECK NO. _____

FOR: Northern District filing fee of $ 5.00
for, JERRY Leon mason

INMATE APPROVAL: _Jerry Leon mason_
                    SIGNATURE

INMATE REQUEST APPROVED BY: _____
                              SIGNATURE

124786
NUMBER

_____
BADGE NUMBER

WHITE - CASHIER    YELLOW - AUTHORIZING OFFICER    PINK - ORIGINATOR

DOC 124010

## CERTIFICATE OF MAILING

I certify that on the date of filing, a certified copy of the above and foregoing Order was placed in the United States Mail with sufficient postage affixed thereto, addressed to:

Jerry L. Mason, #124786
Oklahoma State Reformatory
P.O. Box 514
Granite, OK 73547

Isaiah Parsons, Esq.
Matthew Day, Esq.
525 South Main Street, Suite 312
Tulsa, OK 74103
*Counsel for Petitioner*

SALLY HOWE-SMITH
TULSA COUNTY COURT CLERK

BY: _____

DEPUTY COURT CLERK

7-6-15

JerRy L. Mason #124766
Unit-D Cell-218
O.S.R. P.C. BOX 514
GRANite, Ok 73547

LEGAL MAIL

RECEIVED

JUL 9 2015

Phil Lombardi, Clerk
U.S. DISTRICT COURT

15-04-07-CKI-Tw

posted
7/7/16
gC

Clerk, united states
District court
Northern District of
Oklahoma 333 west
Fourth street Room 411
Tulsa, Oklahoma
74103-3819

US POSTAGE PITNEY BOWES

ZIP 73547
02 1W
0001397893 JUL 07 2015

$ 003.18°

