United States District Court
Northern District of Oklahoma

Jerry Leon Mason,
  Petitioner,

vs.

Tracy McCollum, warden;
  Respondent.

Case No 15-CV-167-GKF-TLW

FILED
FEB 11 2016
Phil Lombardi, Clerk
U.S. DISTRICT COURT

notice has not been mailed to:
Jerry Leon Mason: Motion to Dismiss appeal
Lack of Jurisdiction without prejudice
Motion to withdraw plea is jurisdictional
See Rule 4.2.(D), Rules of The Court of
Criminal Appeals, 22 O.S. 2011, Ch. 18, App.
In Tulsa County District Court
Case No. CF-2012-4414...

✓ Mail ___ No Cert Svc ___ No Orig Sign
___ C/J ___ C/MJ ___ C/Ret'd ___ No Env
___ No Cpys ✓ ___ ___ ___

United States District Court
Northern District of Oklahoma

Mr. Jerry Leon Mason # 124786 - Petitioner,
Oklahoma State Reformatory - D-2-18      vs. Tracy McCullum, Warden,
P.O. Box 514                                  Respondent
Granite, OK 73547

Case No. C-2014-576 / Case No. 15-CV-167-GKF-TLW

---

Motion for Rehearing because case was dismiss without prejudice.

Jerry Mason
2-8-16

United States District Court
Northern District of Oklahoma

Jerry Leon Mason,
    Petitioner,

vs.

Tracy McCollum warden,
    Respondent.

Case No
15-CV-167-GKF-TLW

Notice of intent to appeal.

To: Tenth Circuit Court of Appeals in the United States.

Jerry Mason
2-8-16

Jerry Mason
#124986
D-2-18
Oklahoma State Reformatory
P.O. Box 514
Granite, OK. 73547

LEGAL MAIL

RECEIVED
FEB 11 2016
Phil Lombardi, Clerk
U.S. DISTRICT COURT

15-CV-1107-GKF-TLW
United States District
Court Northern District
of Oklahoma 333 West
Fourth Street, Room 211
Tulsa, Oklahoma 74103