5/8

IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

JERRY LEON MASON
  petitioner,

v.

TRACY McCOLLUM, WARDEN
  respondent,

Case NO.
15-CV-167-GKF-TLW

FILED
MAR 2 2016
Phil Lombardi, Clerk
U.S. DISTRICT COURT

Response to order petitioner has not received response filed by Respondent DKT. #11) and defendant ask for copy or case number of the amended petition which remains pending and has not been dismissed,

✓ Mail    ___No Cert Svc    ___No Orig Sign
___C/J    ___C/MJ    ✓ C/Ret'd    ___No Env
___No Cpys    ___No Env/Cpys    ___O/J    ___O/MJ

Jerry Mason
2-26-16

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JERRY LEON MASON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 15-CV-167-GKF-TLW |
| | ) |
| TRACY McCOLLUM, Warden, | ) |
| | ) |
| Respondent. | ) |

## ORDER

This is a 28 U.S.C. § 2254 habeas corpus action. Petitioner is a state inmate appearing pro se. On April 16, 2015, Petitioner filed an amended petition (Dkt. # 3). On June 26, 2015, Respondent filed a response (Dkt. # 11). Petitioner filed a reply (Dkt. # 12).

This case has been fully briefed and remains pending. The amended petition has not been dismissed. Nonetheless, on February 11, 2016, Petitioner filed a largely unintelligible document (Dkt. # 13), requesting "rehearing because case was dismiss[ed] without prejudice," id. at 2, and stating his "intent to appeal to: Tenth Circuit Court of Appeals in the United States," id. at 3. Conspicuously absent from the request for rehearing is a designation of an order to be reheard. Similarly, absent from the "notice of intent to appeal" is a designation of "the judgment, order, or part thereof being appealed." See Fed. R. App. P. 3(c)(1)(B). Because the amended petition remains pending and has not been dismissed, Petitioner's request for rehearing is improperly filed. For that reason, the motion for rehearing is denied.

**ACCORDINGLY, IT IS HEREBY ORDERED** that Petitioner's motion for rehearing (Dkt. # 13) is improperly filed and is **denied**.

**DATED** this 17th day of February, 2016.

*[signature]*
GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

UNITED STATES COURT OF APPEALS
TENTH CIRCUIT
Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257

Elisabeth A. Shumaker
Clerk of Court

Chris Wolpert
Chief Deputy Clerk

February 17, 2016

Jerry Leon Mason
# 124786
D-2-18
Oklahoma State Reformatory
PO Box 514
Granite OK 73547

Dear Mr. Mason:

This is in response to your letter dated February 8, 2016. The case number you supplied refers to a district court case, which is still pending. No final or otherwise appealable order has been entered by the district court and no notice of appeal was filed. As noted in the court's previous correspondence, you do not have an active appeal pending in this court. The court will not respond to any further inquiries which pertain to this matter and which do not have a court of appeals case number.

Very truly yours,

Ellen Rich Reiter
Jurisdictional Attorney

# IN THE COURT OF CRIMINAL APPEALS OF THE STATE OF OKLAHOMA

JERRY LEON MASON,　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　Appellant,　　　　　　 )　APPELLATE CASE
　　　　　　　　　　　　　　　　)　NO. C-2014-576
vs.　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　)
THE STATE OF OKLAHOMA,　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　Appellee.　　　　　　 )

**FILED IN COURT OF CRIMINAL APPEALS STATE OF OKLAHOMA JUL 29 2014 MICHAEL S. RICHIE CLERK**

**RECEIVED JUL 29 2014 ATTORNEY GENERAL**

## MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION

Cindy Danner, Chief of the General Appeals Division of the Oklahoma Indigent Defense System (OIDS), moves this Court to dismiss the appeal in this case without prejudice to Mr. Mason's right to appeal should an appeal out of time be properly perfected. This request is made because the Notice of Intent to Appeal and Designation of Record were not filed within the ten days following denial of the Motion to Withdraw Plea. Filing of the Notice of Intent to Appeal and Designation of Record in the District Court within ten days from denial of the Motion to Withdraw Plea is jurisdictional. *See* Rule 4.2 (D), *Rules of the Court of Criminal Appeals*, 22 O.S. 2011, Ch. 18, App. In support of this motion, the Court is asked to note the following:

1. In Tulsa County District Court Case No. CF-2012-4414, Mr. Mason entered pleas of nolo contendere to two counts of first degree rape, one count of forcible sodomy, and one count of first-degree burglary on May 13, 2014.

2. Formal Judgment and Sentence were imposed on May 13, 2014. Mr. Mason was sentenced to twenty-five years' imprisonment for each count in the Department of Corrections and ordered to pay court costs and fees. The sentences were ordered to be served


EXHIBIT 3



## UNITED STATES COURT OF APPEALS
## TENTH CIRCUIT
Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257

Elisabeth A. Shumaker  
Clerk of Court

Chris Wolpert  
Chief Deputy Clerk

February 1, 2016

Jerry Leon Mason vs. (Case No. 15-CV-167-GKF-TLW)
# 124786
D-2-18 (Case No. 4:15-CV-00167-GKF-TLW)
Oklahoma State Reformatory (Case No. CF-2012-4414)
PO Box 514
Granite OK 73547

Dear Mr. Mason:

The court is returning the documents you sent to the court. You do not have an active appeal pending in this court.

These are the atctive appeals. and order attath.

Very truly yours,

Ellen Rich Reiter  
Jurisdictional Attorney

Enc.

Jerry mason
2-8-16

Jerry Mason #124786
Oklahoma State Reformatory D-2-18
P.O. Box 514
Granite, Oklahoma 73547

15-cv-107-BKF-TLW

LEGAL MAIL

RECEIVED
MAR 2 2016
Phil Lombardi, Clerk
U.S. DISTRICT COURT

Clerk United States
District Court
Northern District of Oklahoma
U.S. Courthouse
Tulsa, Oklahoma 74103-3819