Cherokee Nation
"Freedmen Roll" of the
~~Cherokee~~ Cherokee Nation, Vanill, 534. F.3d at 774 in the D.C. ~~Freed~~

Jerry Leon Mason #124786
NFCC
1605 E MAIN ST
SAYRE, OK 73662

Freedmen Roll 1907

RECEIVED
FEB 07 2018
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Attorneys: Register now to receive notice by email of filings in your case. Please visit the CM/ECF section on our website at http://www.oknd.uscourts.gov to sign up. You may also call the CM/ECF Help Desk at 918-699-4844 or call 866-213-1957 toll free.

CM/ECF sends notices to terminated parties or attorneys by default. If you have been officially terminated from this case and do not wish to receive any further notices in the case, please e-mail us at CM-ECFIntake_OKND@oknd.uscourts.gov and provide us with:
   your name
   case number(s)
   party(s) you represented

No 516, Armstrong

Sub-petition

"Dawes Roll" 1899-1906 1889 "Dawes Rolls" 1866 Treaty 1866 Treaty by the Five Tribes Act and Federal Statutes modified the Treaty resulting in non-indian seeks declaration as a matter of Federal law, having Rights to Citizenship of the Cherokee Nation and benefits derived from such Citizenship (Id. 1118.) on February 6. 2009 in the D.C. Action Rule 19(b) analysis, see Freedmen's mot. To Transfer, Ex.1, at 2.)

"Freedmen Rolls" of the Cherokee Nation. Vann II, 534 F.3d at 744

MIME-Version:1.0 From:CM-ECFMail_OKND@oknd.uscourts.gov To:Courtmail@localhost.localdomain Bcc:
--Case Participants: Diane L Slayton (diane.slayton@oag.ok.gov, fhc.docket@oag.ok.gov), Chief Judge Gregory K Frizzell (gkfintake_oknd@oknd.uscourts.gov, lisa_hess@oknd.uscourts.gov), Magistrate Judge Jodi F Jayne (jfjintake_oknd@oknd.uscourts.gov, kimberlie_holland@oknd.uscourts.gov)
--Non Case Participants: Intake (cm-ecfintake_oknd@oknd.uscourts.gov)
--No Notice Sent:
Message-Id: Subject:Activity in OKND case 4:15-cv-00167-GKF-JFJ Mason v. McCollum - Minute Order Content-Type: text/html

*This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.*
***NOTE TO PUBLIC ACCESS USERS*** *Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.*

## U.S. District Court

### U.S. District Court for the Northern District of Oklahoma

**Notice of Electronic Filing**

The following transaction was entered on 9/12/2017 at 9:45 AM CDT and filed on 9/12/2017

*Case Name:* Mason v. McCollum
*Case Number:* 4:15-cv-00167-GKF-JFJ
*Filer:*
*Document Number:* 17(No document attached)

*Docket Text:*
MINUTE ORDER *by Court Clerk reassigning the magistrate judge in this case following the resignation of Magistrate Judge Wilson and appointment of Magistrate Judge Jayne,* **reassigning case to Magistrate Judge Jodi F Jayne, Magistrate Judge T Lane Wilson no longer assigned to case, changing case number to 15-cv-167-GKF-JFJ (This entry is the Official Order of the Court. No document is attached.)** (crp, Dpty Clk)


**4:15-cv-00167-GKF-JFJ Notice has been electronically mailed to:**

Diane L Slayton    fhc.docket@oag.ok.gov, diane.slayton@oag.ok.gov

**4:15-cv-00167-GKF-JFJ Notice has not been electronically mailed to:**

Jerry Leon Mason
#124786
NFCC
1605 E MAIN ST
SAYRE, OK 73662

Jerry Leon Mason #124786
NFCC-C-unit
1605 E. Main St.
Sayre, OK 73662

15-cv-167-GKF-JFJ

Post Marked
2/5/18

Northern District of Oklahoma
United State District Clerk Office
Mark McCartt, Page Belcher
Federal Bldg & U.S. Courthouse,
333 W. 4th St. Rm 411 Tulsa OK
74103

RECEIVED
FEB 07 2018
Mark C. McCartt, Clerk
U.S. DISTRICT COURT